UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Narragansett Pellet Corp. | : | |
| V. | : | C.A. No. CA 06-464ML |
| City of East Providence through Its Treasuer, Kevin Fitzgerald; Albert Quattrucci, individually and in his capacity as Building Official of the City of East Providence; Joseph J. Klucznik, individually and in his capacity as Fire Chief of the City of East Providence; and David Rave individually and in his capacities as Fire Captain and Deputy State Fire Marshal; George S. Farrell, in his capacity as State Fire Marshal; and Rene R. Coutu, W. Keith Burlingame, Mark J. Blackburn, Marion C. Filippi, Dana Newbrook, Richard O'Connell, Stewart D. Pearson, Gordon Preiss, and Henry Richard, Jr., in their capacities as members of the Fire Safety Code Board of Appeal and Review; and Thomas B. Coffey, Jr., in his capacity as Executive Director of the Fire Safety Code Board of Appeal and Review | : | |

AFFIDAVIT OF FILING PETITION FOR REMOVAL WITH CLERK OF PROVIDENCE COUNTY SUPERIOR COURT

TO: The United States District Court for the District of Rhode Island

James R. Lee, Esq., Attorney for Defendant, George S. Farrell, in his capacity as State Fire Marshal, herein on oath depose and say that I have caused a copy of defendant's Petition for Removal of the above-captioned action to be filed with the clerk of the Providence County Superior Court in accordance with provisions of 28 U.S.C. § 1446(d) by hand delivering a copy of said Petition to the clerk on this 23rd day of October, 2006.

I further depose and say that I have given written notice of the filing of said petition to said parties by mailing thereof by the United States mail together with notice of said filing to:

Stephen M. Robinson, Esq.
155 S. Main St., Ste. 402
Providence, RI 02903

on this 23rd day of October, 2006.

Respectfully submitted,

DEFENDANT
By His Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

JAMES R. LEE, No. 4305
Assistant Attorney General
150 S. Main St.
Providence, Rhode Island 02903
(401) 274-4400
Fax No. (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing was hand delivered on this 23rd day of October, 2006, to:

Stephen M. Robinson, Esq.
155 S. Main St., Ste. 402
Providence, RI 02903

____________________________

Subscribed and sworn to before me on this 23rd day of October, 2006.

____________________________
NOTARY PUBLIC
My Commission Expires: 9/29/09