UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Narragansett Pellet Corp.<br><br>V.<br><br>City of East Providence through Its Treasuer, Kevin Fitzgerald; Albert Quattrucci, individually and in his capacity as Building Official of the City of East Providence; Joseph J. Klucznik, individually and in his capacity as Fire Chief of the City of East Providence; and David Rave individually and in his capacities as Fire Captain and Deputy State Fire Marshal; George S. Farrell, in his capacity as State Fire Marshal; and Rene R. Coutu,W. Keith Burlingame, Mark J. Blackburn, Marion C. Filippi, Dana Newbrook, Richard O'Connell, Stewart D. Pearson, Gordon Preiss, and Henry Richard, Jr., in their capacities as members of the Fire Safety Code Board of Appeal and Review; and Thomas B. Coffey, Jr., in his capacity as Executive Director of the Fire Safety Code Board of Appeal and Review | : | C.A. No. CA 06-464 ML |

TO: Stephen M. Robinson, Esq.
155 S. Main St., Ste. 402
Providence, RI 02903

Please take notice that the Defendant, George S. Farrell, in his capacity as State Fire Marshal, has this day filed in the United States District Court for the District of

Rhode Island a Petition for Removal of the above-entitled action from the Providence County Superior Court for the State of Rhode Island to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1441 and 1446.

Dated this 23rd day of October, 2006.

Respectfully submitted,

DEFENDANT
By His Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

JAMES R. LEE, No. 4305
Assistant Attorney General
150 S. Main St.
Providence, Rhode Island 02903
(401) 274-4400
Fax No. (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing was hand delivered on this 23rd day of October, 2006, to:

Stephen M. Robinson, Esq.
155 S. Main St., Ste. 402
Providence, RI 02903

______________________