**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NARRAGANSETT PELLET CORP.** | : | |
| **VS.** | : | **C.A. No. 06-464** |
| **CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal; GEORGE S. FARRELL, in his Capacity as State Fire Marshal; and RENE R. COUTU, W. KEITH BURLINGAME, MARK J. BLACKBURN, MARION C. FILIPPI, DANA NEWBROOK, RICHARD O'CONNELL, STEWART D. PEARSON, GORDON PREISS, and HENRY RICHARD, JR., in their capacities as members of the FIRE SAFETY CODE BOARD OF APPEAL AND REVIEW; and THOMAS B. COFFEY, Jr., in his capacity as Executive Director of the Fire Safety Code Board of Appeal and Review** | : | |

**MOTION FOR WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION**

Now comes the Plaintiff and moves that this Honorable Court pass the Motion for Preliminary Injunction currently scheduled for November 8 and 9, 2006. In support of said Motion, Plaintiff avers that the parties have engaged in discussions that it believes has obviated the need for injunctive relief in this matter.

Narragansett Pellet Corp.
By its attorneys,

/s/ Stephen M. Robinson
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
November 6, 2006

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
November 6, 2006

**CERTIFICATION**

I, the undersigned, hereby certify that on ___________________________ I sent a true copy of the within by electronic service and/or fax and mail to all of the parties below:

Timothy Chapman, Esq.
Office of the City Solicitor
City Hall
145 Taunton Avenue
East Providence, RI 02914

James Lee, Esq.
Department of the Attorney General
150 South Main Street
Providence, RI 02903

______________________________