UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NARRAGANSETT PELLET CORP.,

*Plaintiff,*

vs. C.A. No. 06-464ML

CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD, ALBERT QUATTRICCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal,

*Defendants.*

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esquire (2757), hereby enter my appearance in the above-captioned matter on behalf of the defendants, City of East Providence, by and through its Treasurer, Kevin J. Fitzgerald, Albert Quattrucci, individually and in his capacity as a Building Official of the City of East Providence, Joseph J. Klucznik, individually and in his capacity as Fire Chief of the City of East Providence and David Rave, individually and in his capacity as Fire Captain of the City of East Providence Fire Department.

Defendants,
By their attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that this document has been filed electronically on November 8, 2006, and is available for viewing and downloading from the ECF system.

/ /s/ *Marc DeSisto*
Marc DeSisto