UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NARRGANSETT PELLET CORP.

V.

CITY OF EAST PROVIDENCE, et al.

CASE NUMBER 06-464

NOTICE OF APPEARANCE

I, Timothy J. Chapman, Esq., hereby enter my appearance for the defendants, City of East Providence, through its Treasurer, Kevin Fitzgerald, Albert Quattrucci, in his capacity as Building Official of the City of East Providence, Joseph J. Klucznik, in his capacity as Fire Chief of the City of East Providence, and David Rave, in his capacities as Fire Captain and Deputy State Fire Marshall, in the above-captioned matter.

City of East Providence, through its Treasurer, Kevin Fitzgerald, Albert Quattrucci, in his capacity as Building Official of the City of East Providence, Joseph J. Klucznik, in his capacity as Fire Chief of the City of East Providence, and David Rave, in his capacities as Fire Captain and Deputy State Fire Marshall

By their Attorney,

/s/ Timothy J. Chapman
Timothy J. Chapman, Asst. Solicitor #3494
City of East Providence
145 Taunton Avenue
East Providence, RI 02914
Tel. (401) 435-7523
Fax (401) 435-7585

CERTIFICATION

I, the undersigned, hereby certify that on November 22, 2006, I sent a true copy of the within by electronic service and/or fax and mail to all of the parties below:

Stephen M. Robinson, Esq.
155 South Main Street, Suite 402
Providence, RI 02903

Vicki J. Bejma, Esq.
155 South Main Street, Suite 402
Providence, RI 02903

James Lee, Esq.
Department of the Attorney General
150 South Main Street
Providence, RI 02903

/s/ Timothy J. Chapman