**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NARRAGANSETT PELLET CORP.** | : | |
| **VS.** | : | **C.A. No. 06-464** |
| **CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal; GEORGE S. FARRELL, in his Capacity as State Fire Marshal; and RENE R. COUTU, W. KEITH BURLINGAME, MARK J. BLACKBURN, MARION C. FILIPPI, DANA NEWBROOK, RICHARD O'CONNELL, STEWART D. PEARSON, GORDON PREISS, and HENRY RICHARD, JR., in their capacities as members of the FIRE SAFETY CODE BOARD OF APPEAL AND REVIEW; and THOMAS B. COFFEY, Jr., in his capacity as Executive Director of the Fire Safety Code Board of Appeal and Review** | : | |

**STIPULATION**

It is hereby stipulated by and between the parties that Attorney James Lee is authorized to and does accept service of the Summonses, Amended Complaint and Motion for Temporary Restraining Order and Injunctive Relief and supporting Memorandum, Notice of Removal, and Notice of Hearing in the above-captioned matter on behalf of the State Fire Marshal in his official capacity, the Executive Director of the Fire Safety Code Board of Appeal and Review in his official capacity, and the members Fire Safety Code Board of Appeal and review in their official capacities, and that said service will be deemed to comply with all applicable statutes and court rules.

Vicki J. Bejma#6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888
vbejma@smrobinsonlaw.com
November 2 1, 2006

James Lee, Esq.
Department of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
jlee@riag.ri.gov
November _____, 2006

Enter: ___________________________

Per Order: _______________________