**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NARRAGANSETT PELLET CORP.** | : | |
| **VS.** | : | **C.A. No. 06-464** |
| **CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal; GEORGE S. FARRELL, in his Capacity as State Fire Marshal; and RENE R. COUTU, W. KEITH BURLINGAME, MARK J. BLACKBURN, MARION C. FILIPPI, DANA NEWBROOK, RICHARD O'CONNELL, STEWART D. PEARSON, GORDON PREISS, and HENRY RICHARD, JR., in their capacities as members of the FIRE SAFETY CODE BOARD OF APPEAL AND REVIEW; and THOMAS B. COFFEY, Jr., in his capacity as Executive Director of the Fire Safety Code Board of Appeal and Review** | : | |

**STIPULATION**

It is hereby stipulated by and between the parties that the Plaintiff, Narragansett Pellet, may voluntarily dismiss its claims in the above-referenced action against Defendants George Farrell in his capacity as State Fire Marshall; Rene R. Coutu, W. Keith Burlingame, Mark J. Blackburn, Marion C. Filippi, Dana Newbrook, Richard O'Connell, Stewart D. Pearson, Gordon Preiss, and Henry Richard, Jr., in their capacities as members of the Fire Safety Code Board Of Appeal and Review; and Thomas B. Coffey, Jr., in his capacity as Executive Director of the Fire Safety Code Board of Appeal and Review. Said dismissal shall be without prejudice, no interest or cost.

/s/ Stephen M. Robinson
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888
srobinson@smrobinsonlaw.com
January _____, 2007

/s/ James Lee
James Lee, Esq. #4305
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
JLee@riag.ri.gov
January _____, 2007

Enter: ________________________

Per Order: ____________________