UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NARRAGANSETT PELLET CORP.,<br>*Plaintiff,*<br>vs.<br>CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD, ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal,<br>*Defendants.* | C.A. No. 06-464ML |

**PRETRIAL ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and in accord with the pretrial conference held on February 8, 2007, it is hereby ordered:

1. that Defendants shall file their motion for summary judgment with supporting memorandum of law within 60 days of the entry of this Order;

2. that Plaintiff shall have 30 days from the date on which defendants' motion is filed to file its response;

3. that all discovery is stayed pending resolution of the motion for summary judgment unless otherwise ordered by this Court;

4. that any amendments to the complaint must be filed within 30 days of the entry of this Order; and

5. that Plaintiff has voluntarily withdrawn its motion for preliminary injunction.

SO ORDERED:

Mary M. Lisi
Chief Judge
United States District Court
District of Rhode Island
February 14 , 2007

Entered as an Order of this Court on February 15 , 2007.

Barbara Barletta
Deputy Clerk