Narragansett Pellet Corporation
PO Box 16087
East Providence, Rhode Island 02914
PHONE : 508-336-5060
FAX : 508-336-7360

February 2, 2006

Mr. Edward Pimentel, Zoning Officer
Ms. Jeanne M. Boyle, Planning Director
City of East Providence
145 Taunton Avenue
East Providence RI 02914-4505

Mr. Pimentel and Ms. Boyle,

To follow up with our meeting of Tuesday, January 31, 2006, regarding Narragansett Pellet Corp. (NPC), looking to seek occupancy in the "Nyman" Building located at 275 Ferris Avenue, East Providence, RI:

**Purpose:**
NPC is looking to manufacture clean, kiln-dried, non-treated raw material (sawdust) into wood pellets for use in wood pellet stoves and for cogeneration.

**Product/Operation:**
NPC will take the above-stated raw material (which will come into the facility clean, kiln-dried and non-treated) and, with the help of spray water, we will manufacture it into the finished product of wood pellets. This process creates no pollution and no hazardous chemicals or waste. The incoming sawdust will be stored inside the facility. Also, the "hogs" – the loudest piece of equipment – will be used in a sound proof room to allow minimal noise in and around the operation. This interior grinding operation is being used in line with the pellet manufacturing machines to produce a uniform size sawdust. There will be no recycling on the premises, as well as no exterior grinding. The only outdoor operations will be the loading and unloading of trucks.

**Silos:**
The silos will be used for storage of finished product only. There will be no open outside storage.

EXHIBIT A

**Modifications to building:**
A "sawdust room" will be constructed to ensure raw material does not get soiled. Dana Newbrook of AI Designs Ltd is working with engineers to complete this. We will also modify the building to meet any and all safety/compliance standards required by the East Providence Fire Department. Sprinkler systems will be installed/modified as required.

**Storage of machine parts:**
California Pellets (the provider of machinery) has a distribution in Merrimack, NH. All extra parts for machines will be held at the Merrimack facility and brought on-site as needed.

**Truck/Rail Traffic:**
We anticipate 80 trucks/week, 15 rails/week*
We are looking to operate rail/trucks from 7:00am – 6:00pm Monday thru Friday. No weekend traffic.
*In the event that the rails are not being used, the number of trucks per week would be a maximum of 150 trucks/week.

**Employment:**
NPC will employ approximately 38 employees. This operation will run 24-hours per day, 7-days per week. The workday will consist of three, 8-hour shifts.

**Future expansions:**
Any future expansion of NPC at Ferris Avenue will need to be revisited with a new proposal to the City of East Providence.

**Summary:**
NPC is looking to produce 80,000 – 100,000 ton of pellets per year to be distributed to, but not limited to, Lowe's, Home Depot and other various companies domestically and internationally. All new, top-of-the-line, highest-rated industry equipment will be installed. This operation could very well become the showplace for the United States.

If further, more specific information is needed, we would be happy to provide you with what you are looking for. Thank you for your time and consideration to this matter. We look forward to developing a long-term working relationship with the City of East Providence.

**Dated: February 10, 2006**

Edward Pimentel
Zoning Officer

Jeanne Boyle
Planning Director

2006 FEB 14 AM 10:40
EAST PROVIDENCE, R.I.
CITY CLERK

RCR