POST THIS CARD SO IT IS VISIBLE FROM STREET

# BUILDING PERMIT

*City of East Providence*

FEE PAID $ ____
Received By ____
Date Granted ____ 20 __
Numerical Code ____

THIS CERTIFIES THAT FERRIS AVE REALTY

has permission to TENANT FIT UP TO EXISTING BUILDING Located at 275 FERRIS AVE

Map 502 Block 05 Parcel 003.00 Zone

provided that the person accepting this Permit shall in every respect conform to the terms of the application on file in this office to the provisions of the Statutes and Ordinances relating to Zoning, Construction, Alteration and Maintenance of Buildings in municipality and shall begin work on said building within SIX MONTHS from the date hereof and prosecute the work thereon speedy Completion. This permit is not interchangeable with ownership of property or contractors.

Any person who shall violate any of the Statutes and Ordinances relating to Zoning, Construction, Alteration and Maintenance in the municipality shall be punished by penalties imposed by the State Building Code and Local Zoning Ordinances.

**NOTE:** A certificate of occupancy may be required upon completion of construction. Check your building permit application or call 435-7725

Building Official

**BUILDING INSPECTION APPROVALS:**

WORK SHALL NOT PROCEED UNTIL THE INSPECTOR HAS APPROVED THE VARIOUS STAGES OF CONSTRUCTION

FORM INSPECTION — 24-Hour Notice Required Before Inspectio

OUGH INSPECTION — (Before Lath or Sheet Rock Installation) Appointment Require

NSULATION — (Before Lath or Sheet Rock Installation) Appointment Require

ERTIFICATE OF OCCUPANCY — Allow 4 Days*, Residential — 10 Days*, Commercia

Call Office For Other Required Inspections — Plumbing, Mechanical and Electrica

EXHIBIT B