# EAST PROVIDENCE FIRE DEPARTMENT

*Division of Fire Prevention*

913 Broadway
East Providence, RI 02914
Phone (401) 435-7682 FAX: (401) 435-5166

Proposed Project– Plan Review Discrepancies

| | |
|---|---|
| **Project #:** | File # 1449 |
| **Project Name:** | New England Pellet Company |
| **Location:** | 275 Ferris Avenue |
| **Date:** | 8-7-06 |
| **Reviewed By:** | Captain David Rave |

| CODE | SECT. | DEFICIENCY |
|---|---|---|
| RILSC | 40.1.4.1 (3) | Occupancy classification should be High Hazard Industrial- Area is subject to accumulations of combustible dust. |
| RIUFC | 1.14.1 | Shop drawings detailing the dust collection system, machinery used in production process, dust house, and silo storage have not been submitted for review. |
| RILSC | 40.3.2.1 | Shop drawings must indicate appropriate protection for particular hazard, such as explosion protection, explosion venting, and suppression. |
| RILSC | 40.1 | Dust explosion protection; Manufacturing process must be in accordance w/ NFPA 664 |
| RILSC | 8.7.2 | Areas subject to deflagration hazard must be in accordance w/ Explosion Protection; NFPA 68, Guide for Venting of Deflagrations. |
| RILSC | 40.1.5 | Classification of Hazard of Contents; High hazard per RILSC 6.2.2.4 |
| RILSC | 40.2.6 | Maximum travel distance to exit exceeds 75' in sections of high hazard occupancy. |
| RIUFC | 13.2.3.3 | Existing standpipe testing and inspection documentation required in accordance<br><br>w/ NFPA 25 |
| RILSC | 7.10.8.3.1 | Doors being sealed in place must be marked NO EXIT in accordance w/ 7.10.8.3.1<br><br>Where doors previously served other occupancies both sides of door shall be marked |
| RILSC | 7.11.6 | Doors serving high hazard areas must be equipped w/ approved panic or fire exit hardware if equipped with a latch or lock, per 7.2.1.7.2 |

EXHIBIT C

EAST PROVIDENCE
FIRE DEPARTMENT
*Division of Fire Prevention*
913 Broadway
East Providence, RI 02914
Phone (401) 435-7682 FAX: (401) 435-5166

| | | |
|---|---|---|
| RILSC | 7.2.1.8.1 | Doors serving high hazard area require self-closing devices, not indicated on print. |
| RILSC | 7.2.4.3.5 | Openings in fire barrier for conveyor system feeding sawdust and raw materials must be protected in accordance w/ RILSC 8.3.4 Opening Protectives. No protection indicated on print. |
| RILSC | 8.3.4 | Duct work to and from Silo storage, dust collection system, and raw materials conveyor must be protected where it passes through 2 hr fire walls |
| RILSC | 7.5.3.3 | Train platform being used as exterior exit access must be separated from the interior of the building by walls and opening protectives as required for corridors, unless served by two remote stairs accessed without traveling past any unprotected opening to reach one of the stairs. Only one stair serves the exterior exit access, and forces occupant past unprotected openings in 2hr firewall and an area that is being used to off load rail cars of raw materials. |
| RILSC | 7.1.10 | There is a strong potential for exterior exit access (train platform) to be blocked by a "Bob Cat" or similar machinery being used to unload sawdust (raw materials). This means of egress forces building occupants to pass through this area to reach the only set of stairs serving the train platform. |
| | | The train platform will not be allowed to serve as a required means of egress unless items 7.5.3.3 and 7.1.10 are met. |
| RILSC | 40.2.4 | Unless train platform is corrected, Area B has only one exit. Three are required. |
| RILSC | 40.2.4.3 | Unless train platform is corrected, Shipping and Receiving has only one exit.<br>Two exits are required. |
| RILSC | 7.1.8 | Guards are required on open side of train platform and around pit for conveyor system. |
| RIUFC | 10.4.3 | Old, wooden, unlabeled doors leading from area B to train platform that are being sealed in place look to much like useable doors with a chain around the door knobs. These doors need to be maintained or removed. |
| RIUFC | 13.6.1.1 | Fire extinguishers seem to be undersized, at least 2A-40BC for the multipurpose extinguishers. Some 2 ½ gallon pressurized water extinguishers should also be provided. |
| RILSC | 8.7.1.1 | Secure storage area needs to be separated from industrial area by 8.7.1.1 (3) |

# EAST PROVIDENCE
# FIRE DEPARTMENT

***Division of Fire Prevention***

913 Broadway
East Providence, RI 02914
Phone (401) 435-7682 FAX: (401) 435-5166


| | | |
|---|---|---|
| RILSC | 8.3.4 | Doors from secure storage to pellet processing area must be fire rated per RILSC Table 8.3.4.2 |
| RILSC | 7.2.6.2 | All walls within common lobby and common corridors need to be protected by 1 hr fire resistant rating. Existing A/C units penetrating wall need to be removed. |
| RILSC | 8.3.4.2 | All openings in common corridors 1 hr fire separation must be protected by opening protectives in accordance w/ table 8.3.4.2. |
| RILSC | 8.3.5.1 | Several penetrations of fire rated assemblies in Area A & `B, common lobby by pipes, conduits, and wires need fire stop systems and devices w/ hourly fire resistance rating of assembly in which they are used. |
| RILSC | 7.1.4 | Interior finish of common corridors and lobby not indicated. Must be Class A or B. |
| RILSC | 7.1.4.2 | Interior finish of floor in common corridor and lobby not indicated. Must be Class II. |

**A COPY OF THIS MUST BE RETURNED WITH THE CORRECTED PLANS**

**EAST PROVIDENCE**
**FIRE DEPARTMENT**
***Division of Fire Prevention***
913 Broadway
East Providence, RI 02914
Phone (401) 435-7681 FAX: (401) 435-5166

**August 7, 2006**

Mr. William Carden
P.O. Box 16087
275 Ferris Avenue
East Providence, RI 02916

Dear Mr.Carden:

Enclosed is a list of inconsistencies with the Rhode Island Uniform Fire Code and Rhode Island Life Safety Code 2003 editions found during the Plan Review of your proposed construction project to be located at 275 Ferris Avenue East Providence, RI 02916.

If you feel that there will be practical difficulties in the changing of your design of this building or if for any reason you wish to have a hearing to appeal a section of the codes applied, you may apply in writing to the State Fire Safety Board of Appeal and Review for a variation or to have your concerns addressed.

Applications for variations are done on a separate form available from this office. Requests for variation or hearing before the Fire Safety Code Board of Appeal and Review must be submitted. It is the policy of this office that variances for new construction will not be supported. The purpose of these Codes (The Rhode Island Uniform Fire Code and Rhode Island Life Safety Code 2003 editions) are to prescribe minimum requirements necessary to establish a reasonable level of fire and life safety and property protection from the hazards created by fire, explosion, and dangerous conditions (RIUFC 1.2, RILSC 1.2).

***No Building permit will be issued without all fire code issues corrected on these plans.***

Please contact Capt. David Rave of this office and refer to file#1449, 275 Ferris Avenue, should you need additional assistance on this matter. He may be reached at either the phone number on the heading of this letter or at the email address Firemarshal@eastprovidencefire.com.

Sincerely,

Capt David Rave

Capt. David Rave, Fire Inspector ADSFM
East Providence Fire Department
Fire Marshal