NPC
Narragansett Pellet Corporation

P.O. Box 16087
275 Ferris Avenue
Rumford, Rhode Island 02916
Ph: 401-434-4800
Fx: 401-434-4842

September 15, 2006

Captain David Rave
East Providence Fire Department
913 Broadway
East Providence RI 02914

RE: Deficiency list dated September 6th, 2006

Dear Captain Rave,

By way of this letter, we do hereby agree to conform and complete the deficiency list by no later than March 31st, 2007.

40.1.4.1 We agree the operation of NPC is to be considered a high hazard area, in area A and the grinder section, located in area B.

**Completed:**

| | |
|---|---|
| RIUFC | 1.14.1 (3M material used –specification sheet attached) |
| RILSC | 7.10.8.3.1 (doors sealed) |
| RILSC | 7.2.6 (1 hour fire rated) |
| RILSC | 8.3.4.2 (1 hour fire rated) |
| RIUFC | 40.1 (This equipment has been purchased thru Grecon. It meets all regulations. Grecon working directly with L. Wenzel.) |

**Prioritizing:**

**30 days:**

| | |
|---|---|
| RIUFC | 1.14.1(20) Shop drawings, etc. |
| RILSC | 40.3.2.1 (add'l shop drawings) Grecon working directly with L. Wenzel |
| RIUFC | 1.15.3 (John Derugeris, CLE Engineering Co.) credentials attached. |
| RILSC | 7.11.6 (panic bars – some completed, still in process) |
| RILSC | 8.3.4 (working on – MAX 30 days) duct work/silo |
| NFPA664 | 6.2.2.3 (working on – MAX 30 days) |

EXHIBIT E

**30 days (con't)**

| | |
|---|---|
| NFPA664 | 7.3.2 (Multi-State Electric working on) (FSSG portion listed in 60 day) |
| NFPA664 | 7.5 (cut sheet for industrial trucks) |
| NFPA664 | 7.9.2 (static electricity) |
| NFPA664 | 8.2.2.2 (duct system information) |
| NFPA664 | 8.2.2.2.3 (duct system information) |
| NFPA664 | 8.2.2.5.3 (dust collector deflagration information) |
| Add'l notes | -Some of the required fire extinguishers should be 2.5 gallon pressurized water extinguishers.<br>-FSSG: Existing standpipe system testing and inspection documentation required in accordance w/ NFPA 25<br>-FSSG: Print indicates a standpipe on exterior wall of train enclosure near dust collection house. Is this going to be a standpipe or is it a PIV? |

**60 days:**

| | |
|---|---|
| NFPA664 | 7.3.2 FSSG portion, including sprinkler, fire alarm |

**90 days:**

| | |
|---|---|
| RILSC | 40.3.2.1 Extinguishing system - FSSG<br>9.7.1.1(1)<br>NFPA 13 |
| NFPA664 | 8.4.11 *(wall for area B. See notes) |
| NFPA664 | 8.4.2.4.3 Multi-State Electric/FSSG if not already done. |

**180 days**

| | |
|---|---|
| RILSC | **40.2.6 (for high hazard area A) |
| RILSC | **7.5.3.3 (train platform-ai design) |
| RILSC | **7.1.10 (train platform-ai design) |
| RILSC | **40.1.4.1(3) (train platform-ai design) |
| RILSC | **7.5.1.6 (train platform-ai design) |
| RILSC | **40.2.4 (contingent on above) |
| RILSC | **40.2.4.3 (contingent on above) |
| RILSC | **7.2.4.1.2 (agreed) |
| RILSC | 7.1.8 (all necessary guardrails will be installed as soon as it is determined where the egress will be) |

*Issue: Requested one-hour wall to enclose manufacturing portion of area B. This type of wall would not enable us to manufacture our wood pellets. We will need to access this equipment with forklifts and to replace parts and/or repair machines. We do agree to enclose the size reduction equipment (grinder) with a 2-hour fire rated wall and make this part of high hazard area A.

**ai designs is working on best route to go by reviewing plans and options.

With regard to the air system, the air is actually being drawn from area B into area A. We will demonstrate for you. Please see attached email from Larry Wenzel.

NPC has a plan in place whereby we will have cleaning crews for the first and third shift, Monday thru Friday and a special cleaning crew to come in on the weekend to get to areas that are more difficult during production time.

The Landlord agrees to guarantee safe passage thru firelanes in adjoining tenant space. This also could be used for tenants needing the get thru our space.

Respectfully submitted,

William S. Carden
President