**William S. Carden**

**From:** William S. Carden [wscarden@npc-ri.com]
**Sent:** Thursday, September 21, 2006 12:02 PM
**To:** Capt. David Rave (firemarshal@eastprovfire.com)
**Cc:** Dana M. Newbrook (d_newbrook@aidesignsltd.com); Karl Bissex (karlbissex@gmail.com); Andrew Nyman (email4nyman@aol.com); Donna Harker (dcharker@npc-ri.com); Lee Blais (lblais@blaisparent.com); Richard Sullivan (rsullivan@starkweathershepley.com); 'MRawson@granoffassoc.com'; 'Inspector@eastprovfire.com'; 'SCunha@firesuppression.com'; 'LWenzel@haifire.com'; John Carden (jcarden777@npc-ri.com); Elaine Carden (ejcarden@npc-ri.com)
**Subject:** Narragansett Pellet Corp.

Dear Captain David Rave

Confirming our meeting of last week we are doing the following:

A. Testing the pellet operation and keeping small separate piles in the chip room. On 9/20/06 FSSG sent to us and we forwarded to you calculations for usage with 4 different sprinkler system set ups. Please advise how much material we can keep in this room under the system modifications.
B. The Grecon system will be installed by Grecon personnel next week and will be tied into the building alarm system as per your request.
C. Ai Design has presented a plan for egress from the north side of Room A. You will have it this week. We are now looking into the cost and how much time it will take to make this happen. This will get done as per your request. We may need up to 9 months for completion.
D. We are in the process of hiring a licensed and bonded industrial cleaning company to maintain a clean area in section B. This includes the platform area. Daily cleaning will be done on all electrical motors, panels, etc. along with the complete B area. On Saturday they will do the high area above the machines. Together this will keep the B area clean with not more than 3mm of dust.

All of this delay and costs have put NPC into difficult cash position. We need our temporary CO.

In reviewing what had happened prior to you coming on the scene: Our first meeting with you was held in early July.

Ai Design and I met with the former Fire Marshal to determine what we had to do. This led us to building the "wall" for the chip room and using the Ai plans to do the equipment and fire regulations lay out. The city of East Providence reviewed our request for planning and zoning. This was approved 2/10/06. In our application we explained the product and operation of NPC. Please see attached.

On May 9th after meeting with all fire officials, fire people from FSSG, insurance and Ai here at 275 Ferris Ave, I sent an e mail to each and every attendee again explaining what we would be doing in our manufacturing operation. In this email, I also asked all attendees to please let me know if they were looking for any further information. See attached.

After receiving the zoning and planning approval, we also received a $99,000.00 loan from the Economic Development Commission of the City of EP. Again everyone was clear on what we would be doing in the former "Nyman" plant. All expressed that it was wonderful and a great boost for the City with adding 35 to 40 new jobs. The State of R.I Economic Development Corporation also gave us a loan.

Then we received on 5/23/06 a Building Permit (A31628) that reads:"Tenant fit up to existing building". Our insurance company is satisfied with all that we have done and have not requested any information or asked us to perform any additional duties/tests.

The point is that we have done all of our planning correctly and are being singled out as I feel a "second class



**EXHIBIT F**

operation" instead of a new manufacturing company, that is now very rare, making ENERGY from wood waste. The regulations and number of entanglements is the leading reason why more people do not go into manufacturing in the USA. Everything you see now reads "Made in China".

In closing the "Providence Business Journal" is very excited about what we are doing and will do a story about our ENERGY operation in East Providence. We have also been contacted by other media outlets that are very interested in what we are doing.

Best Regards,

Bill Carden
Narragansett Pellet Corporation
P.O. Box 16087
275 Ferris Ave.
Rumford, RI 02916
Phone: 401-434-4800
Fax: 401-434-4842

Ps- we will fax attachments listed above.