NPC
Narragansett Pellet
Corporation

P.O. Box 16087
275 Ferris Avenue
Rumford, Rhode Island 02916
Ph: 401-434-4800
Fx: 401-434-4842

October 4, 2006

Captain David Rave
Fire Marshal
City of East Providence Fire Department
913 Broadway
East Providence RI 02914

Mr. Albert Quattrucci
Building Official
City of East Providence
145 Taunton Avenue
East Providence RI 02914

Dear Captain Rave,

In response to our letter dated September 29th, 2006, to follow please find, to date, all conditions and status of each:

1. Please see new, revised plans, prepared by ai Designs. These plans include the "particulate size reduction" piece of equipment (now in area B) be included in the agreed upon high hazard area A. This should eliminate the need to classify Area B a high hazard area and contain all points of concern in area A. These plans also reflect the change requested for egress in #15. We will now await your approval to these plans. Once approved, we will also deal with getting estimates for work to be done on the "flooding mechanism" directed at the conveyor and/or a listed damper. Time to complete (upon your approval) is estimated at 90 days.
2. The detailed drawing has been emailed and mailed to our RI PE. His credentials are attached for your review. He will be in direct contact with Karl Bissex, our engineer for this project, to resolve any questions he may have. We anticipate having the "sign off" of these plans by October 16th.
3. I spoke to Steve Cunha (FSSG) this morning. He has a call into Inspector Bob Powers and is awaiting his call back. Steve said he has the fire alarm plans sitting on his desk until he can meet with Mr. Powers. As far as the sprinkler system goes, Steve is waiting to hear from you as far as which plan (out of 6 submitted to you) he needs to go with to ensure life/safety code compliance. I am attaching a copy of what Steve has already submitted to you for your recommendation. We are also including the new fire alarm plans with this letter today.
4. Again, after speaking with Steve Cunha (FSSG), target date for the fire alarm to be fully operational is October 16th.
5. The new Electrical Inspector (Gary Antonio) for the City of East Providence was on-site at NPC on October 3rd. He is working with Multi-State Electric to determine what needs to be done.

EXHIBIT I

6. ai Designs emailed plans to Steve Cunha at FSSG today. FSSG is now going to determine work that needs to be done in regards to exit signs and emergency lighting in the premises. FSSG will submit to Ferris Avenue Realty (owner of 275 Ferris Avenue building) an estimate for cost to do this work. Once the estimate is approved by the owners and better time frame estimate can be submitted. However, we are estimating 30 days on this point.
7. Fire extinguishers: FSSG has their fire extinguisher person coming to our facility on Thursday, 10/5. Some extinguishers will be here on Friday, 10/6. All others will be here by 10/13.
8. Sprinkler systems: Karl Bissex, NPCs engineer, submitted an email dated today to Larry Wenzel, along with other recipients. The email contained chip room volume calculations. Larry Wenzel of Hughes Associates will be determining the calculation of the proper sprinkler to accommodate that amount. Larry emailed us on 10/4 at 6:15pm with calculations. Steve Cunha will now work with Chris Johnson (at FSSG- sprinkler system division) on which sprinkler system is appropriate for these calculations. We can assure you that the sprinkler systems will be installed and operational as soon as possible, as the lives and safety of our employees and this operation is very important to us. We will say 60 days on this item, in hopes that the work can be completed sooner.

9-11. NPC has agreed to reduce the amount of soybean oil on-site. FSSG will have dry extinguishers in the facility no later that October 13th (as mentioned in #7). Guard posts will also be installed. This will be completed by October 16th.

12. An 11-page product description, along with proper application techniques, material safety data sheet, etc is attached for your review. Also, a letter from Richard Carden, Plant Manager who applied the caulking is attached. We hope this satisfies this condition.
13. Stopping of fire barrier penetrations will be completed in 14 days. Most of this work is complete. Again, detail of the penetrations about which Captain Rave is referring would be very helpful.
14. NPC will be seeking a variance regarding an alternate means of protecting fire barriers through which conveyors pass. The variance will be in regards to the conveyors moving from the train platform to the shipping/receiving area, in addition to the conveyors moving from hopper in train platform to Area A. However, by containing the "particulate size reduction" piece of equipment per the plans attached (see #1), this helps to enclose the "open conveyor" that moved from Area A to Area B and keeps it confined to area A. ai Designs will be submitting the variance application within one week of today and (depending on when we get on the schedule) we are hoping to have approval within three weeks. We are unclear how far out the committee is scheduling, so we will keep you posted on that.
15. Please see attached plans (same as #1). These new plans also reflect the action plan for egress. Once this plan has been approved by you, NPC will immediately seek contractor bids and will authorize the beginning of construction immediately.

16. Andrew Nyman, Property Manager for Ferris Avenue Realty, is working on this. He is waiting to hear from Simplex Grinnell to finalize an appointment date. We will keep you posted on this.
17. The technical sheets for the Bobcat units are attached. We hope this satisfies this condition.

We are anxiously awaiting your response in this matter.

Respectfully submitted,

William S. Carden
President

Attachments:

- Original letter from NPC dated September 29th, for your reference.
- #1 New plans from ai Designs – reflecting egress and emergency lighting
- #2 RI PE Credentials (John A. DeRugeris)
- #3 Complete set of new fire alarm plans
- # 8 Email from Karl Bisses regarding chip room volume calculations
- #8 Six sprinkler options
- #12 3M Fire Barrier Caulk, 11- pages from the manufacturer directly. Letter from Richard Carden, Plant Manager and person that applied product.
- #17 Bobcat spec sheets. If not enough information, you may contact Jim Morse at JJ Gregory in East Providence. 401.639.3982