Mr. Blais,

October 4, 2006

I am in receipt of both of your e-mailed letters from September 29, 2006 and October 4, 2006 respectively.

The first thing that you should realize is that I am not an employee of NPC. I am an employee of the City of East Providence. As such, I have an obligation to offer my services to many other people who, like yourself, have deadlines to meet. As you are aware NPC has gotten more than its share of my undivided attention, however you cannot expect me to drop everything the moment you send me an e-mail.

In my letter dated September 27, 2006, I did indeed respond to Mr.Carden's previous letter. Many of my points address issues with the unacceptable and unclear timelines that he presented. The organization of that letter was very difficult to understand.

I have received the "Area A" chip calculations from Karl Bissex. FSSG needs to make sure that the sprinkler system can adequately protect the volume of combustibles in the room.

In a portion of your first letter you quoted enabling legislation that was used when the Rehabilitation Code was adopted. NPC never indicated that they would like to be reviewed under the Rehabilitation Code. However, if NPC had requested to use the Rehabilitation Code they would have been denied the use of that code. The Rehabilitation Code section 101.1.1 does not allow the use of this Code for High Hazard Occupancies.

I understand that you are requesting a Temporary Certificate of Occupancy. As I have explained to you in the past, the ability to issue NPC a TCO is beyond the scope of my authority. The State Fire Marshal has already granted you a TCO for your open house on September 16, 2006 for a 4 hour time period. I have furnished you with a list of requirements that need to be in place before I will recommend granting you a TCO through the State Fire Marshal. The list of items is non-negotiable. At this point you have one option available to you. I have attached a copy of Formal Interpretation #06-09 Temporary Certificates of Occupancy.

At this time I request that any further correspondence between you and I be in the form of certified mail.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

EXHIBIT J