Blais Parent & Quinn
Attorneys at Law
20 Cabot Boulevard
Suite 300
Mansfield, Massachusetts 02048
(508) 618-1280

Leon A. Blais, Esq.

LBlais@BlaisParent.com
Fax: (617) 812-0459

October 6, 2006

Mr. Albert Quattrucci
Building Official
City Hall
East Providence, RI 02914

**By E-Mail and In Hand Service**

**Re: Narragansett Pellet Corp.**

Dear Mr. Quattrucci:

I am writing on behalf of Narragansett Pellet Corp.

On May 23, 2006 building permit A31628 was issued to Narragansett Pellet Corporation. The description of the work included on the building permit was extremely broad to encompass everything necessary to accommodate the intended use of a portion of 275 Ferris Avenue-the former Nyman Manufacturing building "Tenant fit up to existing building".

This permit was issued following consultation with your office and the East Providence Fire Marshal by Architect Dana Newbrook and his staff.

All zoning and other municipal approvals had earlier been obtained.

Subsequent to issue of the above referenced permit all required work was completed has been completed.

Recently I have written to you regarding our attempts to satisfy the demands of the East Providence Fire Department imposed subsequent to the issue of the building permit referenced above. I have not received a reply from you.

Consequently this is our final request for issuance of a certificate of occupancy under the terms of building permit A31628 as issued pursuant to submissions of Narragansett Pellet Corp. and/or its agents. This request is made pursuant to *R.I. Gen. Laws § 23-27.3-105.2* and other applicable statutes.

Your failure to respond to this final request will result in further action by Narragansett Pellet Corp.

Sincerely,

[signature]

Lee Blais
Attorney at Law

EXHIBIT K