NPC
Narragansett Pellet Corporation

P.O. Box 16087
275 Ferris Avenue
Rumford, Rhode Island 02916
Ph: 401-434-4800
Fx: 401-434-4842

October 10, 2006

Captain David Rave
Fire Marshal
City of East Providence Fire Department
913 Broadway
East Providence RI 02914

Mr. Albert Quattrucci
Building Official
City of East Providence
145 Taunton Avenue
East Providence RI 02914

Captain Rave,

In addition to the partial package you received on October 5th, 2006 (after attempting on October 4th, unsuccessfully to submit materials – hence the delay in some of these materials), here are a few other conditions that are being met:

1) we are attaching revised plans from ai Designs reflecting egress and grinding machine in Area B, to be included in Area A.
2) also attached are signed engineer designs by John DeRugeris, a Rhode Island PE.
3) An email from Andrew Nyman, Property Manager, stating that the standpipe is being inspected by Simplex Grinnell tomorrow, October 11th.

We will continue to submit these conditions as the requested materials are made available to us. Thank you for your time and attention to this matter.

Regards,

William S. Carden
President

EXHIBIT L