**Vicki Bejma**

---

**From:** firemarshal [firemarshal@eastprovfire.com]
**Sent:** Tuesday, January 09, 2007 4:13 PM
**To:** Lee C. DeVito
**Subject:** RE: NPC draft letter

Lee,

I will look the draft letter over and get back to you with any comments. I will need a few days.

Thanks,

Captain David Rave, East Providence Fire Marshal
Office (401) 435-7682 Fax (401) 435-5166

-----Original Message-----
**From:** Lee C. DeVito [mailto:LDevito@fireproincorporated.com]
**Sent:** Tuesday, January 09, 2007 12:03 PM
**To:** firemarshal
**Cc:** Kurt A. Ruchala
**Subject:** NPC draft letter

Capt. Rave,

I have been assisting Narragnasett Pellet with informing the bank about the status of the fire safety features of the operation. They want a list of the things that NPC needs to do and an approximate schedule for this activity. Attached is a letter that we have been preparing for the bank which describes the current activity and the long term activity that must take place. Most of it came from the time comitment letter that Kurt prepared. Kurt and I beleive that we have everything but because it is the bank we want to be sure we haven't left anything out the may cause problems later. Can you review the letter and let me know if I missed anything?

Regards,

Lee

FIREPRO

**Lee C. DeVito**
Tel: 781-270-5200
Fax: 781-229-2922

100 Burtt Road
Andover, MA 01810-5920

ldevito@fireproincorporated.com
www.fireproincorporated.com

EXHIBIT N

Page 2 of 2

**Providing Services for over 35 years:** Engineering - Consulting - Fire Analysis -System Design - Litigation Support - Expert Witness - Marketing Communications - Market Research - Technical Writing

This E-mail and any attachments are confidential and may be subject to legal privilege. If you are not the intended recipient, any use, disclosure, or copying of this document is unauthorized. If you received this document in error, please notify the sender by calling 781-270-5200 and delete this E-mail and any attachments from your system.

*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders ***

CONFIDENTIALITY NOTICE: This message is intended for only the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any applicable privilege or confidentiality is not waived and that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at 401-435-1948 and delete it from your computer. Thank you.