# EAST PROVIDENCE FIRE DEPARTMENT

***Division of Fire Prevention***

913 Broadway
East Providence, RI 02914
Phone (401) 435-7681 FAX: (401) 435-5166


Lee DeVito
Fire Pro Inc.
100 Burtt Road
Andover, MA

January 26, 2007

Dear Lee,

The following items, along with the items outlined by the board of appeal and review and the timeline provided to the EPFD by Fire Pro, as well as any other fire safety concerns that we find during the walk through are subject to correction before the TCO can proceed into phase 4.

1. Install all needed through penetrations. I need to see the cut sheets on the fire stopping product that was used along with the UL system for the product that was followed from the manufacturer. NPC had provided me with some of this in the past, however it was not the correct information and then they changed the product that they intended to use.

2. Seal all unneeded openings and penetrations. Removal of refrigerator doors; You indicate covering with 5/8" sheetrock with a design that is equivalent to a two hour rate assembly. I need to see the proposed design and it must be a UL listed assembly. If there is no UL listed assembly for your design, you must remove the doors and infill with like construction of the wall. This is per NFPA 80 section 15-1.1.

   Construction of 1 hour rated wall between file storage and NPC, Fire Pro timeline indicates complete by 2-27-07. The board directs ALL unneeded openings and through penetration seals to be in place by Phase 3 completion. This wall is not rated and has several penetrations. A decision needs to be made with this wall. Either rate it or tear it down. I need something in writing. You have indicted that you will provide me with a letter from the building owners indicating that the current tenant is moving and the wall is coming down with a date that you have indicated as 2-27-07.

**EXHIBIT O**

3. Egress corridor construction: The board decision states constructed during phase 3, the Fire Pro timeline indicates construction by January 31, 2007. You set the date at March 31, 2007 because of potential changes to the space. Are there egress corridors that were approved in the first design that will not be affected by this change? If so they should be constructed within the time that was granted by the board. You have indicated that you will forward a copy of the commitment letter to me for the added space. I need the letter before the phase 4 TCO can be authorized.

4. Install the sprinkler protection for the conveyor openings during phase 3.

5. The finalized operations manual to be provided to EPFD for review. This should include the policy concerning not resetting the Grecon system when it has activated the fire alarm system. To do so constitutes tampering with a fire alarm system by unlicensed personnel.

6. The Grecon system needs to be powered by an electrical supply that is hardwired. On an inspection done on 1-12-07 the Grecon system was found being powered by an extension cord that was attached to electrical conduit and other structural parts of the building using wire ties. This is not allowed per NFPA 1

7. The Grecon system water supply shut off needs to be equipped with a tamper switch that is tied to the fire alarm panel per the RIUFC (ADD) NFPA1. This was also noted during the 1-12-07 walk through.

8. The wood chips being stored outside the building near the loading dock entrance are piled against the building. They need to be moved away from the building. There needs to be a minimum clear space of at least 15' between the building and chip pile per RIUFC chapter 31 (31.3.6.4.2)

9. The dust collection bag house is dumping large amounts of sawdust onto the ground at the exterior of the building. The build up of sawdust in this area presents a fire hazard to the building. Per RIUFC 19.1.2 and RIUFC Annotated 23-28.5-2 this accumulation of combustible waste must be removed. There is also a layer of sawdust covering the exterior wall of the building.

10. The dust collection bag house has a motor that is wired without the use of conduit. There are exposed connections not within junction boxes. At one point during a FD tour an NPC employee was witnessed receiving an electrical shock after contacting these wires with a metal pipe. All Electrical wiring must be in accordance with NFPA 70 (NEC).

11. There is an air compressor that is within the chip room, this air compressor is not classified as class II division II electrical equipment. It must be removed and replaced with a model of the appropriate electrical class.

12. The overhead doors that lead from the production room (area B) to the shipping and receiving room must be removed.

13. Removal of exit signs that exist where the exit opening has been closed. If the opening will be reopened due to the possible expansion, then the sign(s) should be temporarily covered, so as not to be misleading in indicating an exit where none exists.

14. Cleaning of large amounts of sawdust that has built up on motors and mechanical parts of conveyor system.

15. A written report on the verification of the sprinkler head type and model within the NPC section of the building. FirePro timeline indicates verification by January 31, 2007.

16. There is a propane storage rack for spare cylinders located in the parking area next to the loading dock. This propane storage needs to be in accordance with NFPA 55.