**Vicki Bejma**

---

**From:** Lee C. DeVito [LDevito@fireproincorporated.com]
**Sent:** Wednesday, January 31, 2007 4:41 PM
**To:** Dave Rave
**Subject:** Letter for the Bank - Narraganset Pellet
**Attachments:** 3802 Long Term TOC Requirements Rev 1.doc

Dave,

Attached is a letter that I created for you regarding the things left to do at Narraganset Pellet Corporation. I created it in Word so you can edit it and drop it on your letterhead. I would like to clear this up Thursday, as they want to present it to the state's financing group when they close on the financing and next week when they close on their SBA loan. Then the financial organizations will understand the things that need to be done.

I tried to call you today. You were probably busy with the fire investigation. Is the number 401-435-7682 the correct one, or do you have a different number now that you have changed your job function.

Regards,

Lee

FIREPRO

**Lee C. DeVito**
Tel: 781-270-5200
Fax: 781-229-2922

100 Burtt Road
Andover, MA 01810-5920

ldevito@fireproincorporated.com
www.fireproincorporated.com

**Providing Services for over 35 years:** Engineering - Consulting - Fire Analysis -System Design - Litigation Support - Expert Witness - Marketing Communications - Market Research - Technical Writing

This E-mail and any attachments are confidential and may be subject to legal privilege. If you are not the intended recipient, any use, disclosure, or copying of this document is unauthorized. If you received this document in error, please notify the sender by calling 781-270-5200 and delete this E-mail and any attachments from your system.

**EXHIBIT P**

January 31, 2007

Lee DeVito
FIREPRO Incoroporated
100 Burtt Road
Andover, Massachusetts

Subject: **Narragansett Pellet Corporation**
**Long Term Occupancy Status**

Narragansett Pellet Corporation has obtained a five week "Temporary Occupancy Permit" to operate the facility for two shifts per day with four pellet mills operating during each shift. This permit was issued January 2, 2007 and allows operation through February 6, 2007.

During the period of February 2007 through June 2007 other items need completion. They are listed below:

**General**

1. Provide a hazard analysis of wood sawdust with respect to the Narragansett Pellet Corporation facility

**Sprinkler System**

1. Install the alternative conveyor protection at the fire rated barrier penetrations pursuant to the conditions outlined in the Board's variance;
2. A dry pipe sprinkler system will be installed in the bag filter and the pellet storage silos that are located outside of the building.
3. The water main for the sprinkler system for the building needs to be moved to installed as a connection from the public water supply on Ferris Avenue to the water pump located at the facility. The existing pump will meet the requirements of the system.
4. A sprinkler head needs to be added into the soft wood truck unloading bin located at the loading dock.
5. Install a tamper switch for the Greycon shut off valve.

6. Install a fire separation wall around the sprinkler riser in the chip room or change the electrical connections to explosion proof connections.

**Pneumatic Conveying System**

1. The rail car depot contains three areas of potential dust development. The rail car opening where the loader removes the wood chips and the softwood belt conveying system. Narragansett Pellet Corporation is eliminating the use of hard wood, therefore the rail car opening will not be a location for wood dust. Currently, temporary housings have been placed over the drop areas on the softwood belt conveying system.

2. A pneumatic conveying system will be developed for the rail car depot. The fan will be located in the manufacturing space and it will be piped to the rail car depot. It will draw dust from the two drop points on the soft wood belt conveyor and from the rail car opening. After the pneumatic duct leaves the fan it will continue inside the manufacturing space where a Greycon spark detection system and spark suppression will be installed. Then the duct will leave the heated space and go out of the building to the bag filter. The existing Greycon system has the capability for four zones of protection, therefore this additional Greycon system will be attached to the existing system.

3. The Greycon system uses sprinkler water for the provision of spark suppressing water. *FIREPRO* will review this system with Greycon to determine if the water flow switch will be activated by the spark suppression system. If it is determined that the water flow switch will be activated when it should not be the system will be redesigned.

   At the completion of this task the conveyor system will be inspected by the appropriate organizations of Rhode Island.

4. Review the structural support of the Pneumatic conveyor duct to assure that it is suitable.

**Fire Alarm System**

1. The sound level in the Chip Room has been increased to provide a sound level 15 dB above the background sound level. This will final testing by the East Providence Fire Department.

**Life Safety System**

1. The exit system for the chip room will utilize an exit corridor that will be installed in the chip room and continue into the manufacturing area and connect with a tunnel that will lead to the public corridor outside of the Narraganset Pellet Corporation space.

2. There is a room attached to the Narragnasett Pellet Corporation manufacturing portion of the facility space that is used for file storage by others. This wall is not a fire rated wall. The tenant is moving an the space will be occupied by Narragansett Pellet Corporation. The wall will be removed when the tenant leaves the space.

3. A pedestrian railing system will be designed for the rail car depot. It will provide protection for those walking in the walkway. The railing will consist of 42 inch high posts that will be welded to the lip of the walkway and spaced 20ft on center. They will support a chain or cable attached to the top of the poles.

4. The life safety system requires exit signs and emergency lighting. These signs and lights need to be installed after the exit corridors are completed.

5. *FIREPRO* will review the chip room window walls in the sawtooth roof to determine if they are sufficient for explosion proof venting. If the windows are insufficient an explosion vent will be designed and installed. The design will be completed within two weeks.

Regards,

Fire Prevention Office
East Providence Fire Department

Captain David Rave