**Vicki Bejma**

**From:** Timothy Chapman [tchapman@cityofeastprov.com]
**Sent:** Monday, February 12, 2007 4:24 PM
**To:** Vicki Bejma; marc@desistolaw.com
**Cc:** David Rave
**Subject:** RE: Narragansett Pellet

Vicki,

It will cost the City time and one half to replace Capt. Rave tomorrow, but the Chief will repace Capt. Rave and make him available for the inspection of your client's property. Please note that someone from Fire Pro must attend the inspection and the inspection will take approximately one hour (not 15 mins as previously mewntioned). Capt. Rave will contact Fire Pro.

Once again, the City has dropped everything to make themselves available to your client eventhough your client, through Capt. Rave, knew that this needed to be done some two weeks ago. Another example of more cooperation by the City.

Tim

---

From: Vicki Bejma [mailto:vbejma@smrobinsonlaw.com]
Sent: Fri 2/9/2007 3:50 PM
To: marc@desistolaw.com; Timothy Chapman
Subject: Narragansett Pellet

On Tuesday, January 30, 2007 a "walk through" was scheduled at NPC's plant at which Captain Rave and Lee DeVito of FirePro were present. During the visit it was determined that several relatively small items needed to be completed for NPC to more on to the next period of operation. These items were exclusive of the egress improvements which have been deferred by agreement with the fire department until March.

It was agreed at the February 6th visit that the work on these items, already underway, would be completed. NPC agreed to again suspend operations so that this work could be done. An inspection would be thereupon conducted so that the company could resume operations thus limiting the thousands of dollars of losses incurred hourly when operations are shut down.

Our fire consultant, Lee DeVito has attempted to reach Captain Rave to arrange for him to return for another, final walkthrough. Despite several efforts he was not able to reach Captain Rave until today. He thereupon learned that Captain Rave would not be available to view the plant until next Thursday, February 15th. Possibly, if the weather was acceptable, Captain Rave could come on Tuesday if a fire truck could be driven to the plant. We understand Captain Rave is no longer the full-time city fire marshal and is assigned to a front line company.

As you are aware, our current TCO has run out. Obviously, we do not believe that you would be planning to require us to remain shut down because of the inability to perform a 15-minute inspection. Accordingly, we are therefore going to operate under the assumption that the former TCO will continue in full force and effect until such time as you are able to come and inspect. We note all fire safety improvements specified by the East Providence Fire Department and due for completion by this date are in place and have been certified by Mr. DeVito, an acknowledge expert.



**EXHIBIT Q**

We look forward to Captain Rave's visit when he is available.

Vicki J. Bejma
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888