# EAST PROVIDENCE FIRE DEPARTMENT

***Division of Fire Prevention***

913 Broadway
East Providence, RI 02914
Phone (401) 435-7681 FAX: (401) 435-5166


Ferris Avenue Realty
Attn: Meghan Rawson
170 Westminster Street
Suite 700
Providence, RI 02903

February 9, 2007

This letter is to advise you, as the building owner, that the temporary occupancy permit that covered phase 3 occupancy for Narragansett Pellet Corporation expired on February 5, 2007. There are still a few outstanding items that are required to be completed before the phase 4 temporary occupancy permit will be issued. The East Providence Fire Department is working with Fire Pro Incorporated to address these items.

Until such time as the phase 4 temporary occupancy permit is issued, only construction work should be taking place within the NPC portion of the building. No pellet manufacturing is allowed take place. No additional deliveries of raw materials are to be brought into the building until the next temporary certificate of occupancy phase begins, as this will create a combustible dust deflagration hazard.

Sincerely,

Captain David Rave
East Providence Fire Department
ASDFM

**EXHIBIT R**