To: Meghan

Subject: FW: TCO extention

copy of

Meghan,

I have authorized the extension of the phase 3 TCO for Narragansett Pellet. I am not sure of the exact date that the building inspector will issue the actual TCO, because I believe they have an outstanding issue with him. You should request a copy of the TCO from Mr. Quartrucci so you will be aware of the effective dates.

I have forwarded you a copy of the items they need to complete and work on before the March 9, 2007 deadline. All the items are of importance, however if the egress corridors are not at least being worked on, I will not extend this TCO phase again. Phase 4 will not begin until the corridors are completed.

I'm not sure if I mentioned it to you during our last telephone conversation, but NPC had a third fire. The fire was under the grinder and was extinguished by NPC employees. NPC did not notify the fire department to report the fire. They are aware that we know about it, although I don't think they know how we found out. Not reporting the fire is a violation of the RI Fire Safety Code NFPA 1 2003 edition Chapter 10 sections 10.7.1.1 and 10.7.1.3. During my walk through the state fire marshal investigator and I noted soot staining of the underside of the floor platform of the grinder. It was also obvious that some of the metal areas had been repainted. Kurt Ruchala from FirePro explained at length to NPC that they must notify the FD of any fire even if it is extinguished.

There is another e-mail that I am forwarding you after this one, it contains one additional item.

Feel free to call or email with any concerns.

*Captain David Rave*
*Fire Inspector / ADSFM*
*East Providence Fire Department*

---

Capt. Rave,

As we discussed today, the progress Narragansett Pellet has made has satisfied the fire department for an extension of the existing temporary occupancy permit to March 9, 2007. The temporary permit will allow them to continue operating 4 mills for two shifts. As we discussed FIREPRO will not be onsite for the one shift per day as we have been. We will, however, conduct weekly site surveys and provide the fire department with a report delivered via e-mail. In order to go onto the next phase of the approved plan NPC will complete the following by March 9th;

1. They will have changed the Grey Con control valve to one with a tamper type switch. The switch will be connected to the fire alarm system this switch will initiate a supervisory signal on the building fire alarm.
2. Substantial progress will be made on the egress corridors within the "chip room". At this time a fire rated man swing type door will provide access to the adjacent tenant space in lieu of completing the corridor to the lobby. The adjacent space is untenanted at this time and NPC is negotiating the lease of this space. The egress corridor contractor has given a start date of February 19th and a completion date of March 2nd for the chip room. NPC understands that the "chip room can not be in operation while the egress corridors are being constructed. An exact schedule will have to be worked out with the contractor.

2/15/2007

FEB 15 ...

EXHIBIT S

4. FIREPRO will provide the [illegible]
5. The temporary wiring to the silos will be made permanent.
6. The sprinkler tunnels will be extended as we discussed.
7. The protective plastic bags will be provided over the tunnel sprinklers.

Regards,

Kurt

FIREPRO

**Kurt A. Ruchala, P.E.**
Phone: 781-270-5200
Fax: 781-229-2922

100 Burtt Road
Andover, MA 01810-5920

Kruchala@fireproincorporated.com
www.fireproincorporated.com

**Providing Services to the Fire Industry for over 35 years:** Engineering - Consulting - Fire Analysis - System Design - Litigation Support - Expert Witness - Marketing Communications - Market Research - Technical Writing

This E-mail and any attachments are confidential and may be subject to legal privilege. If you are not the intended recipient, any use, disclosure, or copying of this document is unauthorized. If you received this document in error, please notify the sender by calling 781-270-5200 and delete this E-mail and any attachments from your system.

*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders ***