UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NARRAGANSETT PELLET CORP., *Plaintiff,* vs. CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD, et al., *Defendants.* | C.A. No. 06-464ML |

**ENTRY OF APPEARANCE**

I, Michael A. DeSisto, here by enter my appearance in the above-captioned matter on behalf of Defendants, City of East Providence, by and through its Treasurer, Kevin J. Fitzgerald, Albert Quattrucci, Joseph J. Klucznik, David Rave, Curtis R. Wise, and Robert Powers.

Defendants,
By their attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: michael@desistolaw.com

CERTIFICATION

I hereby certify that this document has been filed electronically on March 25, 2007, and is available for viewing and downloading from the ECF system.

*/s/ Michael A. DeSisto*

Michael A. DeSisto