UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NARRAGANSETT PELLET CORP.,

*Plaintiff,*

vs. C.A. No. 06-464 ML

CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD, et al

*Defendants.*

**DEFENDANTS'[1] MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants—City of East Providence, through its Treasurer, Kevin Fitzgerald, Albert Quattrucci, Joseph Klucznik, David Rave, Curtis Wise and Robert Powers—and hereby move for summary judgment in this matter. In support thereof, Defendants rely on their memorandum of law filed herewith.

Defendants[2]
By their attorneys,

*/s/ Marc DeSisto*
*/s/ Michael A. DeSisto*

Marc DeSisto (#2757)
Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com
michael@desistolaw.com

[1] City of East Providence, through its Treasurer, Kevin Fitzgerald, Albert Quattrucci, Joseph Klucznik, David Rave, Curtis Wise and Robert Powers.
[2] See n. 1.

And,

*/s/ Timothy Chapman*

______________________________

Timothy Chapman
Assistant Solicitor
CITY OF EAST PROVIDENCE
670 Willett Avenue
East Providence, RI 02915
(401) 433-5200
(401) 437-3618 fax
tchapman@cityofeastprov.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 15th day of April, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system.

Vicki J. Bejma
vbejma@smrobinsonlaw.com

Stephen M. Robinson
srobinson@smrobinsonlaw.com

Richard B. Woolley
rwoolley@riag.ri.gov

*/s/ Michael A. DeSisto*

______________________________

Michael A. DeSisto