# Exhibit A

BUILDING PERMIT APPLICATION

PLEASE PRINT OR TYPE

# BUILDING PERMIT APPLICATION

MUNICIPALITY East Providence NUMERICAL CODE ______ PERMIT NO. ______

APPLICATION DATE 4/10/06 CENSUS TRACT ______ FEE RECEIVED: $ ______ BY ______

1. STREET LOCATION 275 Ferris Ave 2. ZONING DISTRICT ______
3. PLAT/MAP ______ 4. LOT/BLOCK ______ 5. FILE/PARCEL ______ 6. AREA 22.21 Ac 7. REHAB CODE (Circle one) YES (NO)
8. USE OF STRUCTURE: PREVIOUS Manufacturing PROPOSED Manufacturing / Storage
9. OWNER Ferris Avenue Realty ADDRESS 275 Ferris Ave. E.P. TEL. NO. 401 438 3410
10. CONTRACTOR (0 OR 1*) DRC Construction, Inc. TEL. NO. 508 761 5906
11. CONTRACTOR ADDRESS 100 Cherry Hill Dr, Seekonk MA 12. RI CONTR. REG. # ______ 13. EXPIR. DATE ______
14. ARCH. OR ENG. a i designs ltd ADDRESS 50 Broad St., Pawtucket TEL. NO. 401 728 2560
15. RHODE ISLAND REG. NO. 482 16. Stamped Prints (Circle one) (Yes) No 17. Certificate of Occupancy Required (Yes) No
18. DESCRIPTION OF WORK TO BE PERFORMED Tenant Fitup to use ± 70,000 including construction of fire separation walls. Use - Raw storage, processing, finish storage, distribution and offices.

19. USE OF EACH FLOOR
- BSMT.
- 1st Mfg / Stg / Off.
- 2nd
- 3rd
- Other

CODE EDITION:

**A. TYPE OF IMPROVEMENT**
1. ____ NEW STRUCTURE
2. ____ ADDITION TO EXISTING
3. ✓ MODIFICATION TO EXISTING
4. ____ FOUNDATION ONLY

**B. OWNERSHIP**

PUBLIC
1. ____ STATE
2. ____ CITY OR TOWN
3. ____ OTHER SPECIFY ______

PRIVATE
4. ✓ TAXABLE
5. ____ TAX EXEMPT

**C. PRINCIPAL TYPE OF CONSTRUCTION** (CONSTRUCTION CLASS (Check one))

1. 1A ____ 4. 2B ✓ 7. 4 ____
2. 1B ____ 5. 3A ____ 8. 5A ____
3. 2A ____ 6. 3B ____ 9. 5B ____

**D. PROPOSED USE RESIDENTIAL**
1. ____ R-1 HOTELS
2. ____ R-2 APARTMENTS
3. ____ R-3 Attached One and Two Family
4. ____ R-4 ASSISTED LIVING 9 -16
5. ____ GARAGE
6. ____ CARPORT
7. ____ MANUFACTURED HOME
8. ____ SWIMMING POOL
9. ____ One and Two Family Detached
10. ____ FIREPLACE
11. ____ OTHER

SPECIFY ______

**E. PROPOSED USE NON-RESIDENTIAL**
1. ____ A-1 THEATRES
2. ____ A-2 RESTAURANT/ NIGHT CLUB
3. ____ A-3 ASSEMBLY
4. ____ A-4 ARENAS
5. ____ B BUSINESS
6. ✓ F-1 FACTORY (MOD HAZARD)
7. ____ F-2 FACTORY (LOW HAZARD)
8. ____ H-1 HIGH HAZARD DETONATION
9. ____ H-2 HIGH HAZARD DEFLAGRATION
10. ____ H-3 HIGH HAZARD PHYSICAL HAZARD
11. ____ H-4 HIGH HAZARD CORROSIVE TOXIC
12. ____ H-5 HIGH HAZARD, HPM
13. ____ I-1 INSTITUTIONAL SUPERVISED
14. ____ I-2 INSTITUTIONAL INCAPACITATED
15. ____ I-3 INSTITUTIONAL RESTRAINED
16. ____ I-4 INSTITUTIONAL DAYCARE
17. ____ M MERCANTILE
18. ____ S-1 STORAGE MOD HAZARD
19. ____ S-2 STORAGE LOW HAZARD
20. ____ U UTILITY MISCELLANEOUS
21. OTHER ______ SPECIFY ______
22. MIXED USE ______

**f. RESIDENTIAL** (COMPLETE FOR NEW BUILDINGS AND RECONSTRUCTION)

SINGLE FAMILY
1. ____ TOTAL SINGLE FAMILY UNITS
2. ____ TOTAL NO. OF BEDROOMS

TOTAL NO. OF BATHROOMS 3. ___ Full 4. ___ Half

MULTI-FAMILY
5. ____ TOTAL NO. OF KITCHENS

TOTAL NO. OF BATHROOMS 6. ___ Full 7. ___ Half

TOTAL NO. OF APARTMENTS BY NO. OF BEDROOMS

8. Effic. ____ 9. 1 ____ 10. 2 ____
11. 3 ____ 12. 4 ____ 13. 5 ____
14. ____ MORE, Please Specify ______
15. ____ TOTAL NUMBER OF BUILDINGS IN PROJECT.

**G. FOUNDATION SETS BACK FROM PROPERTY LINES**
1. FRONT 100± ft. ____ in.
2. REAR 50± ft. ____ in.
3. LEFT SIDE ____ ft. ____ in.
4. RIGHT SIDE ____ ft. ____ in.

**H. DIMENSIONS**
1. No. of Stories 1 2. Basement Yes__ No ✓
3. Height of Construction Ft. 18 MAX. WIDTH 120 MAX. DEPTH 140
4. Total Floor Area Sq. Ft. w/o Basement ± 70,000

**I. ESTIMATED COST MATERIAL AND LABOR**
1. GENERAL $ 40,000.00
TO BE INSTALLED BUT NOT INCLUDED IN THE ABOVE COST
2. ELECTRICAL $ ______ .00
3. PLUMBING OR PIPING $ ______ .00
4. HEATING, AIR COND. $ ______ .00
5. FIRE SUPPRESSION $ ______ .00
6. OTHER, ELEVATOR, ETC $ ______ .00
TOTAL COST $ ______ .00

**J. FLOOD HAZARD AREA** - 1. YES (2. NO)
1. Elev. (MSL) of lowest floor incl. basement ______
2. Elev (MSL) of 100 year flood ______

**K. TYPES OF SEWAGE DISPOSAL**
1. ✓ PUBLIC 2. ____ PRIVATE SYSTEM*
3. ISDS NO. ______ DATE ______

**O. FEES**
1. MUNICIPAL BUILDING PERMIT FEE = $ ______ .00
2. STATE FEE:
+ x .001 ______ $ ______ .00
(I) ITEM #1 + ITEM #5 x .001
TOTAL PERMIT FEE $ ______ .00

(1 & 2 FAMILY DWELLING LIMITED TO STATE FEE OF $50.00)

**L. NUMBER OF OFF-STREET PARKING SPACES**
1. ENCLOSED ______
2. OUTDOORS 400

**M. TYPE OF WATER SUPPLY**
1. ✓ PUBLIC
2. ____ PRIVATE
3. ____ INDIVIDUAL WELL

**N. EQUIPMENT***
1. INCINERATOR ____
2. ELEVATOR ____ (Enter Number)

I hereby certify that I have the authority to make the foregoing application, that the application is correct, and that the owner of this building and the undersigned agree to conform to all applicable codes and ordinances of this jurisdiction.

IN-STATE CONTRACTOR = 0
OUT-OF-STATE CONTRACTOR = 1

TEL. NO. ______ APPLICANT'S SIGNATURE ______

STATE APPROVAL REQUIRED. SEE BACK OF FORM FOR INFORMATION.

FOR ______