# Exhibit B

# EAST PROVIDENCE FIRE DEPARTMENT – PLAN REVIEW APPLICATION

**ACCEPTABLE ONLY With Four (4) Sets of Plans**
The authority having jurisdiction shall approve or disapprove the completed set of plans within a reasonable time not to exceed ninety (90) days. (R.I. State Fire Code 23-28.1-6)

**BUILDING OWNER**

NAME
FERRIS AVE REALTY

STREET ADDRESS
275 FERRIS AVE E.P.

CITY/STATE/ZIP
EAST PROV. RI.

CONTACT PERSON
BILL CARDEN

PHONE/CELL PHONE
508-331-9624

**SITE LOCATION/BUSINESS INFO**
Narragansett Pellet Corp
Same

**CONTRACTOR/ARCHITECT/ENGINEER**

COMPANY NAME/LICENSE #
ai designs DANA NEWBROOK AIA

STREET ADDRESS
50 BROAD ST.

CITY/STATE/ZIP
PAWT RI.

CONTACT PERSON/PHONE NUMBER/CELL PHONE NUMBER
DANA NEWBROOK 401-728-2560

**TYPE OF WORK:** TENANT FIT UP OF ± 70,000 SF

**TYPE OF OCCUPANCY:** PELLET MILL

**SPECIAL CATEGORY FEES**

ESTIMATED CONSTRUCTION COST $ 40,000 CONSTRUCTION FEE $

| VALUATION OF CONSTRUCTION COSTS: | FEES: |
|---|---|
| $500 or less | $ 25.00 |
| Over $500 but not over $1,000 | $ 35.00 |
| Over $1,000 but not over $2,000 | $ 45.00 |
| Over $2,000 but not over $500,000 (Plus $6.00 per $1,000 or fraction thereof over $2,000) | $ 45.00+ |
| Over $500,000 (Plus $4.00 per $1,000 or fraction thereof over $500,000) | $ 3,033.00+ |

**Fees to review individual systems or components (sprinkler, fire alarm, fixed suppression, storage tanks, etc.) shall be based on the cost according to the chart above.

**OFFICE USE ONLY**

DATE REC'D 4-14-06 REC'D BY Kw FEE AMT $ 303.00 CHECK # ________

DATE APPROVED ________ DATE PICKED UP ________

NOTES ________