# Exhibit C

PLEASE PRINT OR TYPE

# BUILDING PERMIT APPLICATION

PLEASE PRINT - APPLICANT TO COMPLETE ALL ITEMS

MUNICIPALITY East Providence NUMERICAL CODE 10 PERMIT NO. A3628

APPLICATION DATE 5/23/06 CENSUS TRACT ____ FEE RECEIVED: $ 410.00 BY [illegible]

1. STREET LOCATION 275 Ferris Avenue 2. ZONING DISTRICT ____

3. PLAT/MAP 502 4. LOT/BLOCK 05 5. FILE/PARCEL 003.00 6. AREA ____ 7. REHAB CODE (Circle one) YES (NO)

8. USE OF STRUCTURE: PREVIOUS Manufacturing PROPOSED manufacturing

9. OWNER Ferris Avenue Realty ADDRESS 275 Ferris Avenue TEL. NO. 273-9700

10. CONTRACTOR (0 OR 1*) DRC CONST INC. TEL. NO. ____

11. CONTRACTOR ADDRESS 100 CHERRY HILL DR. SEEK MA. 12. RI CONTR. REG. # 1461 13. EXPIR. DATE 03/01/08

14. ARCH. OR ENG. ai designs ltd. ADDRESS 50 Broad Street, Pawtucket 02860 TEL. NO. 401-725-2560

15. RHODE ISLAND REG. NO. 482 16. Stamped Prints (Circle one) (Yes) No 17. Certificate of Occupancy Required (Yes) No

18. DESCRIPTION OF WORK TO BE PERFORMED
Tenant fit-up to existing building

CODE EDITION:

19. USE OF EACH FLOOR

| | |
|---|---|
| BSMT. | – |
| 1st | manuf. |
| 2nd | – |
| 3rd | – |
| Other | |

TYPE AND COST OF BUILDING - PLEASE CHECK APPROPRIATE ITEMS AND ENTER REQUESTED DATA

**A. TYPE OF IMPROVEMENT**
1. ____ NEW STRUCTURE
2. ____ ADDITION TO EXISTING
3. ✓ MODIFICATION TO EXISTING
4. ____ FOUNDATION ONLY

**B. OWNERSHIP**
PUBLIC
1. ____ STATE
2. ____ CITY OR TOWN
3. ____ OTHER SPECIFY ____

PRIVATE
4. ✓ TAXABLE
5. ____ TAX EXEMPT

**C. PRINCIPAL TYPE OF CONSTRUCTION** (CONSTRUCTION CLASS (Check one))
1. 1A ____ 4. 2B ✓ 7. 4 ____
2. 1B ____ 5. 3A ____ 8. 5A ____
3. 2A ____ 6. 3B ____ 9. 5B ____

**D. PROPOSED USE RESIDENTIAL**
1. ____ R-1 HOTELS
2. ____ R-2 APARTMENTS
3. ____ R-3 Attached One and Two Family
4. ____ R-4 ASSISTED LIVING 9-16
5. ____ GARAGE
6. ____ CARPORT
7. ____ MANUFACTURED HOME
8. ____ SWIMMING POOL
9. ____ One and Two Family Detached
10. ____ FIREPLACE
11. ____ OTHER
SPECIFY ____

**E. PROPOSED USE NON-RESIDENTIAL**
1. ____ A-1 THEATRES
2. ____ A-2 RESTAURANT/ NIGHT CLUB
3. ____ A-3 ASSEMBLY
4. ____ A-4 ARENAS
5. ____ B BUSINESS
6. ✓ F-1 FACTORY (MOD HAZARD)
7. ____ F-2 FACTORY (LOW HAZARD)
8. ____ H-1 HIGH HAZARD DETONATION
9. ____ H-2 HIGH HAZARD DEFLAGRATION
10. ____ H-3 HIGH HAZARD PHYSICAL HAZARD
11. ____ H-4 HIGH HAZARD CORROSIVE TOXIC
12. ____ H-5 HIGH HAZARD, HPM
13. ____ I-1 INSTITUTIONAL SUPERVISED
14. ____ I-2 INSTITUTIONAL INCAPACITATED
15. ____ I-3 INSTITUTIONAL RESTRAINED
16. ____ I-4 INSTITUTIONAL DAYCARE
17. ____ M MERCANTILE
18. ____ S-1 STORAGE MOD HAZARD
19. ____ S-2 STORAGE LOW HAZARD
20. ____ U UTILITY MISCELLANEOUS
21. OTHER ____
SPECIFY ____
22. MIXED USE ____

**F. RESIDENTIAL** (COMPLETE FOR NEW BUILDINGS AND RECONSTRUCTION)
SINGLE FAMILY
1. ____ TOTAL SINGLE FAMILY UNITS
2. ____ TOTAL NO. OF BEDROOMS
TOTAL NO. OF BATHROOMS 3. ___ Full 4. ___ Half
MULTI-FAMILY
5. ____ TOTAL NO. OF KITCHENS
TOTAL NO. OF BATHROOMS 6. ___ Full 7. ___ Half
TOTAL NO. OF APARTMENTS BY NO. OF BEDROOMS
8. Effic. ____ 9. 1 ____ 10. 2 ____
11. 3 ____ 12. 4 ____ 13. 5 ____
14. ____ MORE, Please Specify ____
15. ____ TOTAL NUMBER OF BUILDINGS IN PROJECT

**G. FOUNDATION SETS BACK FROM PROPERTY LINES**
Existing
1. FRONT ____ ft. ____ in.
2. REAR ____ ft. ____ in.
3. LEFT SIDE ____ ft. ____ in.
4. RIGHT SIDE ____ ft. ____ in.

**H. DIMENSIONS** - Tenant Area
1. No. of Stories 1 2. Basement Yes__ No ✓
3. Height of Construction Ft. 21' MAX. WIDTH 265' MAX. DEPTH 395'
4. Total Floor Area Sq. Ft. w/o Basement 70,032

**I. ESTIMATED COST MATERIAL AND LABOR**
1. GENERAL $ 50,000 .00
TO BE INSTALLED BUT NOT INCLUDED IN THE ABOVE COST
2. ELECTRICAL $ ____ .00
3. PLUMBING OR PIPING $ ____ .00
4. HEATING, AIR COND. $ ____ .00
5. FIRE SUPPRESSION $ ____ .00
6. OTHER, ELEVATOR, ETC. $ ____ .00
TOTAL COST $ ____ .00

**J. FLOOD HAZARD AREA** - 1. YES 2. (NO)
1. Elev. (MSL) of lowest floor incl. basement ____
2. Elev. (MSL) of 100 year flood ____

**K. TYPES OF SEWAGE DISPOSAL**
1. ✓ PUBLIC 2. ____ PRIVATE SYSTEM*
3. ISDS NO. ____ DATE ____

**L. NUMBER OF OFF-STREET PARKING SPACES**
1. ENCLOSED ____
2. OUTDOORS 70

**M. TYPE OF WATER SUPPLY**
1. ✓ PUBLIC
2. ____ PRIVATE
3. ____ INDIVIDUAL WELL

**N. EQUIPMENT***
1. INCINERATOR ____
2. ELEVATOR ____ (Enter Number)

**O. FEES**
1. MUNICIPAL BUILDING PERMIT FEE = $ 360.00
2. STATE FEE:
____ + ____ x .001 $ 50 .00
(I) ITEM #1 + ITEM #5 x .001
TOTAL PERMIT FEE $ 410. .00
(1 & 2 FAMILY DWELLING LIMITED TO STATE FEE OF $50.00)

I hereby certify that I have the authority to make the foregoing application, that the application is correct, and that the owner of this building and the undersigned agree to conform to all applicable codes and ordinances of this jurisdiction.

* IN-STATE CONTRACTOR = 0
OUT-OF-STATE CONTRACTOR = 1

TEL. NO. 508-254-4558 APPLICANT'S SIGNATURE Donald Chevrette

* STATE APPROVAL REQUIRED. SEE BACK OF FORM FOR INFORMATION.

FOR ____

2227605