# Exhibit D

# EAST PROVIDENCE FIRE DEPARTMENT – PLAN REVIEW APPLICATION

**ACCEPTABLE ONLY With Four (4) Sets of Plans, Permit Application and Cut Sheets**
The authority having jurisdiction shall approve or disapprove the completed set of plans within a reasonable time not to exceed ninety (90) days. (R.I. State Fire Code 23-28.1-6)

**BUILDING OWNER** | **SITE LOCATION/BUSINESS INFO**

NAME
Ferris Avenue Realty LLC

STREET ADDRESS
275 Ferris Avenue

CITY/STATE/ZIP
Rumford, RI 02916

CONTACT PERSON
Megan Rawson

PHONE/CELL PHONE
401-273-9700

**CONTRACTOR/ARCHITECT/ENGINEER**

COMPANY NAME/LICENSE #
ai designs ltd. / RI 482

STREET ADDRESS
50 Broad Street

CITY/STATE/ZIP
Pawtucket, RI 02860

CONTACT PERSON/PHONE NUMBER/CELL PHONE NUMBER
Dana Newbrook or Allison Mayer 401-728-2560

**TYPE OF WORK:** Tenant Fit-Up **INSPECTION: LIFE SAFE** ✓ **SPRINK** **FA** ✓

**TYPE OF OCCUPANCY:** Manufacturing

**SPECIAL CATEGORY FEES**
ESTIMATED CONSTRUCTION COST $ $137,000

| VALUATION OF CONSTRUCTION COSTS: | FEES: |
|---|---|
| $500 or less | $ 25.00 |
| Over $500 but not over $1,000 | $ 35.00 |
| Over $1,000 but not over $2,000 | $ 45.00 |
| Over $2,000 but not over $500,000 (Plus $6.00 per $1,000 or fraction thereof over $2,000) | $ 45.00+ $855 |
| Over $500,000 (Plus $4.00 per $1,000 or fraction thereof over $500,000) | $ 3,033.00+ |

**Fees to review individual systems or components (sprinkler, fire alarm, fixed suppression, storage tanks, etc.) shall be based on the cost according to the chart above.

**OFFICE USE ONLY**

DATE REC'D 5/23/06 REC'D BY TJ FEE AMT $ 855.00 CHECK #______

DATE APPROVED______ DATE PICKED UP______

NOTES______