# Exhibit E

# CITY of EAST PROVIDENCE

# PERMIT

A 31628

OFFICE OF THE INSPECTOR OF BUILDINGS

FEE$ ______ 05 / 03 2006

*The owner or duly authorized agent is hereby granted permission to perform the following work checked off below:*

LOCATED AT ______ MAP 502 BLOCK 06 PARCEL 003.00 ZONE ______

OWNER ______ ADDRESS SAME

CONTRACTOR ______ ADDRESS ______ LIC. ______

☐ BUILDING ☐ DEMOLITION | ☐ PLUMBING ☐ MECHANICAL | ☐ SEWER ☐ DISCHARGE | ☐ WATER HEATER ☐ TANKS PUMPS | ☐ SWIMMING POOL ☐ SIGNS | ☐ OTHER

*Said operations to be performed in accordance with an application on file in this office and subject further to all the provisions pertaining to the Ordinances of the City of East Providence, R.I., and the Rhode Island State Building Code.*

REMARKS: EXISTING BUILDING

Estimated Cost $ ______

ALBERT W. QUATTRUCCI KH
INSPECTOR OF BUILDINGS

TOWN PRESS - SIR SPEEDY

Per ______