# Exhibit F

**EAST PROVIDENCE**
**FIRE DEPARTMENT**
***Division of Fire Prevention***
913 Broadway
East Providence, RI 02914
Phone (401) 435-7681 FAX: (401) 435-5166

**August 7, 2006**

Mr. William Carden
P.O. Box 16087
275 Ferris Avenue
East Providence, RI 02916

Dear Mr.Carden:

Enclosed is a list of inconsistencies with the Rhode Island Uniform Fire Code and Rhode Island Life Safety Code 2003 editions found during the Plan Review of your proposed construction project to be located at 275 Ferris Avenue East Providence, RI 02916.

If you feel that there will be practical difficulties in the changing of your design of this building or if for any reason you wish to have a hearing to appeal a section of the codes applied, you may apply in writing to the State Fire Safety Board of Appeal and Review for a variation or to have your concerns addressed.

Applications for variations are done on a separate form available from this office. Requests for variation or hearing before the Fire Safety Code Board of Appeal and Review must be submitted. It is the policy of this office that variances for new construction will not be supported. The purpose of these Codes (The Rhode Island Uniform Fire Code and Rhode Island Life Safety Code 2003 editions) are to prescribe minimum requirements necessary to establish a reasonable level of fire and life safety and property protection from the hazards created by fire, explosion, and dangerous conditions (RIUFC 1.2, RILSC 1.2).

***No Building permit will be issued without all fire code issues corrected on these plans.***

Please contact Capt. David Rave of this office and refer to file#1449, 275 Ferris Avenue, should you need additional assistance on this matter. He may be reached at either the phone number on the heading of this letter or at the email address Firemarshal@eastprovidencefire.com.

Sincerely,

Capt David Rave

Capt. David Rave, Fire Inspector ADSFM
East Providence Fire Department
Fire Marshal

# EAST PROVIDENCE FIRE DEPARTMENT

*Division of Fire Prevention*

913 Broadway
East Providence, RI 02914
Phone (401) 435-7682 FAX: (401) 435-5166

Proposed Project– Plan Review Discrepancies

| | |
|---|---|
| Project #: | File # 1449 |
| Project Name: | New England Pellet Company |
| Location: | 275 Ferris Avenue |
| Date: | 9-6-06 |
| Reviewed By: | Captain David Rave |

| CODE | SECT. | DEFICIENCY |
|---|---|---|
| RILSC | 40.1.4.1 (3) | Occupancy classification is High Hazard Industrial- Area is subject to accumulations of combustible dust. |
| RILSC | 40.2.6 | Maximum travel distance to exit exceeds 75' in sections of high hazard occupancy, including the train platform. |
| RIUFC | 1.14.1 (20) | Shop drawings detailing the dust collection system, machinery used in production process, dust house, and silo storage are not adequate. Submittals have been limited to generic owners manual, parts lists and installation manuals. We need information on the specific model used and an indication that it is being used and installed in accordance with its listed uses. |
| RILSC | 40.3.2.1 | Shop drawings must indicate appropriate protection for particular hazard, such as explosion protection, explosion venting, and suppression. "Grecon" system requires installation drawings from the manufacturer & system equipment details that indicate that suppression system is being used in accordance with its listing. |
| RIUFC | 1.14.1 | Tremstop IA fire stopping sealant; cut sheets must be provided that indicate its use was in accordance with an approve UL system for that product. The UL system used must be submitted. A letter from the installer is required stating that sealant was applied in accordance with the UL listing. |
| RIUFC | 1.15.3 | Design for dust collection system w/ related suppression and deflagration systems need to be stamped by a RI registered PE. |
| RILSC | 7.10.8.3.1 | Doors being sealed in place must be marked NO EXIT in accordance w/ 7.10.8.3.1<br>Where doors previously served other occupancies both sides of door shall be marked |
| | | |

J-15

EAST PROVIDENCE
FIRE DEPARTMENT
*Division of Fire Prevention*
913 Broadway
East Providence, RI 02914
Phone (401) 435-7682 FAX: (401) 435-5166

| | | |
|---|---|---|
| RILSC | 7.11.6 | Doors serving high hazard areas must be equipped w/ approved panic or fire exit hardware if equipped with a latch or lock, per 7.2.1.7.2<br>If door is rated then fire exit hardware is required. Note 2 on print indicates panic hardware. |
| RILSC | 40.3.2.1<br>9.7.1.1 (1)<br>NFPA 13 | Supervised automatic extinguishing system in accordance w/ NFPA 13. Extra hazard group 1 is required in the following areas per NFPA chapters 5, 8, 11, 14. Area A, machinery section of area B, rail platform area containing open conveyor system, over area B that contains pallet storage of finished pellets exceeding storage footprint by 10%. See Page 9 article 2 of third party review for details. |
| RILSC<br>NFPA 664 | 8.3.4<br>6.2.2.3 | Duct work to and from Silo storage, dust collection system, and raw materials conveyor must be protected where it passes through 2 hr fire walls |
| RILSC | 7.5.3.3 | Train platform being used as exterior exit access must be separated from the interior of the building by walls and opening protectives as required for corridors, unless served by two remote stairs accessed without traveling past any unprotected opening to reach one of the stairs. Only one stair serves the exterior exit access, and forces occupant past unprotected openings in 2hr firewall and an area that is being used to off load rail cars of raw materials. |
| RILSC | 7.1.10 | There is a strong potential for exterior exit access (train platform) to be blocked by a "Bob Cat" or similar machinery being used to unload sawdust (raw materials). This means of egress forces building occupants to pass through this area to reach the only set of stairs serving the train platform. |
| RILSC | 40.1.4.1 (3) | The train platform is designated as a high hazard area due to conveyor system overhead and off loading of raw materials from railcars. This area cannot be used for a means of egress for interior portions of the building. |
| RILSC | 7.5.1.6 | Print indicates exit from train platform as being a door into the shipping and receiving area, also a door from shipping and receiving to the train platform. |
| | | The train platform will not be allowed to serve as a required means of egress unless items 7.5.3.3 and 7.1.10 are met. |
| RILSC | 40.2.4 | Unless train platform is corrected, Area B has only one exit. Three are required. |
| RILSC | 40.2.4.3 | Unless train platform is corrected, Shipping and Receiving has only one exit. Two exits are required. |
| RILSC | 7.2.4.1.2 | Not more than one horizontal exit is permitted to serve each area. |

# EAST PROVIDENCE FIRE DEPARTMENT

*Division of Fire Prevention*

913 Broadway
East Providence, RI 02914
Phone (401) 435-7682 FAX: (401) 435-5166


| | | |
|---|---|---|
| RILSC | 7.1.8 | Guards are required on open side of train platform. They should extend to protect most of platform. |
| RILSC | 7.2.6<br>8.3.4.2 | All openings within the common lobby exit passageways require 1 hr fire separation and must be protected by opening protectives in accordance w/ table 8.3.4.2. This includes all windows and doors. |
| RIUFC | 40.1 | Dust explosion protection; Manufacturing process must be in accordance w/ NFPA 664 |
| NFPA 664 | 7.3.2 | All Electrical systems, including Fire Alarm, must be suitable for high hazard combustible dust area, per NFPA 70 NEC<br>See page 10 #3 and page 12 #1 of third party review report. |
| NFPA 664 | 7.5 | Industrial trucks must be in accordance with NFPA 505. Cut sheets for these trucks are required to be submitted. |
| NFPA 664 | 7.9.2 | Static Electricity. Dust removal equipment must meet requirements of this section. |
| NFPA 664 | 8.2.2.2 | Duct system must meet requirements of this section. No information has been provided about ductwork serving dust collection system. |
| NFPA 664 | 8.2.2.2.3 | Ducts with deflagration hazard must meet one of the requirements of this section. Information about ductwork needs to be provided. |
| NFPA 664 | 8.2.2.5.3 | Dust collector with deflagration hazard. Must meet one of the options of this section. Information not provided. |
| NFPA 664 | 8.4.1.1. | Particulate size reduction equipment. Considered a high frequency ignition source. |
| NFPA 664 | 8.4.2.4.3 | Rooms with size reduction equipment are considered class II, Div. II, hazardous area as defined in article 500 NFPA 70 NEC. |
| | | **ADDITIONAL NOTES** |
| | | Existing standpipe system testing and inspection documentation required in accordance w/ NFPA 25 |
| | | Some of the required fire extinguishers should be 2 ½ gallon pressurized water extinguishers. |
| | | Print indicates a standpipe on exterior wall of train enclosure near dust collection house. Is this going to be a standpipe or is it a PIV? |

A COPY OF THIS MUST BE RETURNED WITH THE CORRECTED PLANS