# Exhibit G

NPC
Narragansett Pellet Corporation

P.O. Box 16087
275 Ferris Avenue
Rumford, Rhode Island 02916
Ph: 401-434-4800
Fx: 401-434-4842

September 15, 2006

Captain David Rave
East Providence Fire Department
913 Broadway
East Providence RI 02914

RE: Deficiency list dated September 6th, 2006

Dear Captain Rave,

By way of this letter, we do hereby agree to conform and complete the deficiency list by no later than March 31st, 2007.

40.1.4.1 We agree the operation of NPC is to be considered a high hazard area; in area A and the grinder section, located in area B.

**Completed:**

| | |
|---|---|
| RIUFC | 1.14.1 (3M material used –specification sheet attached) |
| RILSC | 7.10.8.3.1 (doors sealed) |
| RILSC | 7.2.6 (1 hour fire rated) |
| RILSC | 8.3.4.2 (1 hour fire rated) |
| RIUFC | 40.1 (This equipment has been purchased thru Grecon. It meets all regulations. Grecon working directly with L. Wenzel.) |

**Prioritizing:**

**30 days:**

| | |
|---|---|
| RIUFC | 1.14.1(20) Shop drawings, etc. |
| RILSC | 40.3.2.1 (add'l shop drawings) Grecon working directly with L. Wenzel |
| RIUFC | 1.15.3 (John Derugeris, CLE Engineering Co.) credentials attached. |
| RILSC | 7.11.6 (panic bars – some completed, still in process) |
| RILSC | 8.3.4 (working on – MAX 30 days) duct work/silo |
| NFPA664 | 6.2.2.3 (working on – MAX 30 days) |

EXHIBIT E

30 days (con't)

| | |
|---|---|
| NFPA664 | 7.3.2 (Multi-State Electric working on) (FSSG portion listed in 60 day) |
| NFPA664 | 7.5 (cut sheet for industrial trucks) |
| NFPA664 | 7.9.2 (static electricity) |
| NFPA664 | 8.2.2.2 (duct system information) |
| NFPA664 | 8.2.2.2.3 (duct system information) |
| NFPA664 | 8.2.2.5.3 (dust collector deflagration information) |
| Add'l notes | -Some of the required fire extinguishers should be 2.5 gallon pressurized water extinguishers.<br>-FSSG: Existing standpipe system testing and inspection documentation required in accordance w/ NFPA 25<br>-FSSG: Print indicates a standpipe on exterior wall of train enclosure near dust collection house. Is this going to be a standpipe or is it a PIV? |

**60 days:**

| | |
|---|---|
| NFPA664 | 7.3.2 FSSG portion, including sprinkler, fire alarm |

**90 days:**

| | |
|---|---|
| RILSC | 40.3.2.1. Extinguishing system - FSSG<br>9.7.1.1(1)<br>NFPA 13 |
| NFPA664 | 8.4.11 *(wall for area B. See notes) |
| NFPA664 | 8.4.2.4.3 Multi-State Electric/FSSG if not already done. |

**180 days**

| | |
|---|---|
| RILSC | **40.2.6 (for high hazard area A) |
| RILSC | **7.5.3.3 (train platform-ai design) |
| RILSC | **7.1.10 (train platform-ai design) |
| RILSC | **40.1.4.1(3) (train platform-ai design) |
| RILSC | **7.5.1.6 (train platform-ai design) |
| RILSC | **40.2.4 (contingent on above) |
| RILSC | **40.2.4.3 (contingent on above) |
| RILSC | **7.2.4.1.2 (agreed) |
| RILSC | 7.1.8 (all necessary guardrails will be installed as soon as it is determined where the egress will be) |

*Issue: Requested one-hour wall to enclose manufacturing portion of area B. This type of wall would not enable us to manufacture our wood pellets. We will need to access this equipment with forklifts and to replace parts and/or repair machines. We do agree to enclose the size reduction equipment (grinder) with a 2-hour fire rated wall and make this part of high hazard area A.

**ai designs is working on best route to go by reviewing plans and options.

With regard to the air system, the air is actually being drawn from area B into area A. We will demonstrate for you. Please see attached email from Larry Wenzel.

NPC has a plan in place whereby we will have cleaning crews for the first and third shift. Monday thru Friday:and a special cleaning crew to come in on the weekend to get to areas that are more difficult during production time..

The Landlord agrees to guarantee safe passage thru firelanes in adjoining tenant space. This also could be used for tenants needing the get thru our space.

Respectfully submitted,

William S. Carden
President

**William S. Carden**

**From:** William S. Carden [wscarden@npc-ri.com]
**Sent:** Thursday, September 21, 2006 12:02 PM
**To:** Capt. David Rave (firemarshal@eastprovfire.com)
**Cc:** Dana M. Newbrook (d_newbrook@aidesignsltd.com); Karl Bissex (karlbissex@gmail.com); Andrew Nyman (email4nyman@aol.com); Donna Harker (dcharker@npc-ri.com); Lee Blais (lblais@blaisparent.com); Richard Sullivan (rsullivan@starkweathershepley.com); 'MRawson@granoffassoc.com'; 'Inspector@eastprovfire.com'; 'SCunha@firesuppression.com'; 'LWenzel@haifire.com'; John Carden (jcarden777@npc-ri.com); Elaine Carden (ejcarden@npc-ri.com)
**Subject:** Narragansett Pellet Corp.

Dear Captain David Rave

Confirming our meeting of last week we are doing the following:

A. Testing the pellet operation and keeping small separate piles in the chip room. On 9/20/06 FSSG sent to us and we forwarded to you calculations for usage with 4 different sprinkler system set ups. Please advise how much material we can keep in this room under the system modifications.
B. The Grecon system will be installed by Grecon personnel next week and will be tied into the building alarm system as per your request.
C. Ai Design has presented a plan for egress from the north side of Room A. You will have it this week. We are now looking into the cost and how much time it will take to make this happen. This will get done as per your request. We may need up to 9 months for completion.
D. We are in the process of hiring a licensed and bonded industrial cleaning company to maintain a clean area in section B. This includes the platform area. Daily cleaning will be done on all electrical motors, panels, etc. along with the complete B area. On Saturday they will do the high area above the machines. Together this will keep the B area clean with not more than 3mm of dust.

All of this delay and costs have put NPC into difficult cash position. We need our temporary CO.

In reviewing what had happened prior to you coming on the scene: Our first meeting with you was held in early July.

Ai Design and I met with the former Fire Marshal to determine what we had to do. This led us to building the "wall" for the chip room and using the Ai plans to do the equipment and fire regulations lay out. The city of East Providence reviewed our request for planning and zoning. This was approved 2/10/06. In our application we explained the product and operation of NPC. Please see attached.

On May 9th after meeting with all fire officials, fire people from FSSG, insurance and Ai here at 275 Ferris Ave. I sent an e mail to each and every attendee again explaining what we would be doing in our manufacturing operation. In this email, I also asked all attendees to please let me know if they were looking for any further information. See attached.

After receiving the zoning and planning approval, we also received a $99,000.00 loan from the Economic Development Commission of the City of EP. Again everyone was clear on what we would be doing in the former "Nyman" plant. All expressed that it was wonderful and a great boost for the City with adding 35 to 40 new jobs. The State of R.I Economic Development Corporation also gave us a loan.

Then we received on 5/23/06 a Building Permit (A31628) that reads:"Tenant fit up to existing building". Our insurance company is satisfied with all that we have done and have not requested any information or asked us to perform any additional duties/tests.

The point is that we have done all of our planning correctly and are being singled out as I feel a "second class

operation" instead of a new manufacturing company, that is now very rare, making ENERGY from wood waste. The regulations and number of entanglements is the leading reason why more people do not go into manufacturing in the USA. Everything you see now reads "Made in China".

In closing the "Providence Business Journal" is very excited about what we are doing and will do a story about our ENERGY operation in East Providence. We have also been contacted by other media outlets that are very interested in what we are doing.

Best Regards.

Bill Carden
Narragansett Pellet Corporation
P.O. Box 16087
275 Ferris Ave.
Rumford, RI 02916
Phone: 401-434-4800
Fax: 401-434-4842

Ps- we will fax attachments listed above.