# Exhibit J

State of Rhode Island and Providence Plantations
Executive Department
Rhode Island State Fire Marshal
24 Conway Avenue
Quonset/Davisville Industrial Park
North Kingstown, RI 02852
(401) 294-0861 TDD: (401) 295-9078
Fax: (401) 294-1171

DONALD L. CARCIERI
GOVERNOR

GEORGE S. FARRELL
STATE FIRE MARSHAL

April 9, 2007

Mr. John W. Carden
Narragansett Pellet Corporation
275 Ferris Avenue
Rumford, RI 02916

Dear Mr. Carden:

As you may know, I have authorized Captain Rave of the East Providence Fire Department the ability to issue a Temporary Certificate of Occupancy for the Narragansett Pellet Corporation facility located in Rumford.

Said Temporary Certificate of Occupancy is scheduled to expire at midnight June 30, 2007. Be advised that on or before June 30, 2007, if all fire code related issues have been resolved to the satisfaction of the East Providence Fire Department, they have the ability, at that point, to issue you a full Certificate of Occupancy.

Please feel free to contact this office should you have any additional questions.

Regards,

George S. Farrell
George S. Farrell
State Fire Marshal

GSF:eaf