**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NARRAGANSETT PELLET CORP.** | : | |
| | : | |
| | : | |
| **VS.** | : | |
| | : | **C.A. No. 06-464** |
| | : | |
| **CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Captain, East Providence Fire Department, East Providence Fire Marshal and Deputy State Fire Marshal; W. KEITH BURLINGAME, individually; CURTIS R. WISE, individually and in his capacity as Captain, East Providence Fire Marshal, East Providence Fire Marshal and Deputy State Fire Marshal; ROBERT POWERS, individually and in his capacity as Fire Alarm Inspector, City of East Providence** | : | |

**MOTION TO ENLARGE TIME**

Now comes the Plaintiff, and moves for enlargement of time in which to file its objection and supporting memorandum in response to the Motion for Summary Judgment filed on behalf of the City of East Providence and its officials. Plaintiff seeks an extension to June 15, 2007. In support of its Motion, Plaintiff avers that: 1) given the complexity of this matter, Plaintiff requires additional time to conduct research of the legal issues on this case and collect supporting affidavits, particularly in light of the fact that Plaintiff’s counsel has been reached for a jury trial in another matter for May 14, 2007; and 2) no trial date has yet been set for this matter. Plaintiff has consulted with Attorney Marc DeSisto, counsel for East Providence and its officials, and Attorney DeSisto has indicated that he has no objection to said extension. Accordingly, an extension of time is in the interests of justice, and will not result in prejudice to any party.

Narragansett Pellet Corp.
By its attorneys,

/s/ Stephen M. Robinson
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
April 18, 2007

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
April 18, 2007

**CERTIFICATION**

I, the undersigned, hereby certify that on __________________________ I sent a true copy of the within by electronic service and/or fax and mail to all of the parties below:

Timothy Chapman, Esq.
Office of the City Solicitor
City Hall
145 Taunton Avenue
East Providence, RI 02914

James Lee, Esq.
Department of the Attorney General
150 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
2 Angell Street
P.O. Box 2563
Providence, RI 02906

______________________________