**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NARRAGANSETT PELLET CORP.** | : | |
| | : | |
| | : | |
| **VS.** | : | |
| | : | **C.A. No. 06-464** |
| | : | |
| **CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Captain, East Providence Fire Department, East Providence Fire Marshal and Deputy State Fire Marshal; W. KEITH BURLINGAME, individually; CURTIS R. WISE, individually and in his capacity as Captain, East Providence Fire Marshal, East Providence Fire Marshal and Deputy State Fire Marshal; ROBERT POWERS, individually and in his capacity as Fire Alarm Inspector, City of East Providence** | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS**

1. Admitted.

2. Admitted.

3. Admitted in part. The building located at 275 Ferris Avenue, East Providence, is also occupied by other tenants.

4. Admitted.

5. Admitted.

6. Admitted insofar as it is alleged that the Building Inspector's Office issued a building permit for the property. Denied insofar as it is alleged that ". . . the EPFD did not approve either the April or May plan review applications for the property, nor did it sign off its approval on the April or May building permit applications." (See Plaintiff's Memorandum, Ex. 1, ¶ 36; Ex. 11, ¶ 15.)

7. Admitted.

8. Denied. (See Plaintiff's Memorandum, Ex. 1, ¶ 36; Ex. 11, ¶ 15.)

9. Admitted insofar as it is alleged that Rave claimed at the August 1, 2007 that the EPFD had not approved the Plaintiff's plans and specifications for the work being performed on the Property. Denied insofar as it is alleged that the Plaintiff had performed work on the premises that had not been approved by the EPFD. (See Plaintiff's Memorandum, Ex. 1, ¶ 36; Ex. 11, ¶ 15.)

10. Denied insofar as it is alleged that the Rave "then set about to review the Plaintiff's plans and specifications on file with the EPFD. Defendants themselves identify no evidence as to what Rave reviewed, as required by Local Rule Cv 56(a)(2). Plaintiff is without sufficient information to admit or deny what documents Rave did nor did not review. Admitted insofar as it is alleged that Rave sought information from the Plaintiff regarding dust collection systems, the pellet manufacturing process, and required fire suppression systems including explosion protection.

11. Admitted.

12. Admitted insofar as it is alleged that Plaintiff did not agree with the August 7, 2006 deficiency list. Denied insofar as it is alleged that Rave suggested an independent third-party review of Plaintiff's operation; Rave unilaterally indicated that he would do that.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Denied. On October 11, 2006, the Building Official issued a Cease and Desist Order to the Property Owner. (See Plaintiff's Memorandum, Ex. 25.) On October 13, 2006, Captain Rave sent correspondence to the Property owner. (See Plaintiff's Memorandum, Ex. 26.)

21. Admitted.

22. Admitted.

Narragansett Pellet Corp.
By its attorneys,

/s/ Stephen M. Robinson
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
June 15, 2007

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
June 15, 2007

**CERTIFICATION**

I, the undersigned, hereby certify that on June 15, 2007 I sent a true copy of the within by electronic service and/or fax and mail to all of the parties below:

Timothy Chapman, Esq.
Office of the City Solicitor
City Hall
145 Taunton Avenue
East Providence, RI 02914

James Lee, Esq.
Department of the Attorney General
150 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
2 Angell Street
P.O. Box 2563
Providence, RI 02906

/s/ Vicki J. Bejma