**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NARRAGANSETT PELLET CORP.** | : | |
| | : | |
| | : | |
| **VS.** | : | |
| | : | **C.A. No. 06-464 ML** |
| | : | |
| **CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal; W. KEITH BURLINGAME, individually; CURTIS R. WISE, individually and in his capacity Captain, East Providence Fire Marshal, East Providence Fire Marshall and Deputy State Fire Marshal; ROBERT POWERS, individually and in his capacity as Fire Alarm Inspector, City of East Providence** | : | |

**STATEMENT OF UNDISPUTED FACTS**

Pursuant to Local Rule 56(a), Defendant W. Keith Burlingame submits the following Statement of Undisputed Facts in support of his Motion For Summary Judgment.

1. At all times material to matters alleged in the Second Amended Complaint, W. Keith Burlingame was a Commissioner and/or Vice Chairman of the Fire Safety Code Board of Appeal and Review. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

2. At all times material to matters alleged in the Second Amended Complaint, W. Keith Burlingame was employed by Hughes Associates, Inc. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

3. On or about August 16, 2006, Hughes Associates was asked by Robert J. Powers, Fire Alarm Inspector of the City of East Providence to perform a third-party review of N.P.C.'s proposed project in accordance with R.I.U.F.C. § 1.15. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

4. Lawrence J. Wenzel, Senior Fire Protection Consultant of Hughes Associates' Connecticut office conducted this third-party review with limited assistance from W. Keith Burlingame. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

5. W. Keith Burlingame's limited involvement in the review of the project was to assist in basic code research, obtain local water supply data, attendance at local meetings and delivery of the "Review" to the East Providence fire officials. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

6. On August 17, 2006, W. Keith Burlingame met with Mr. Wenzel, members of the East Providence Fire Department and several representatives of N.P.C. at the N.P.C. facility. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

7. At this August 17, 2006 meeting, W. Keith Burlingame identified himself as both an employee of Hughes Associates, Inc. and as a member of the State Fire Board. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

8. As of August 17, 2006, N.P.C. had nothing pending or to be filed with the Fire Safety Code Board of Appeal and Review. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

9. Lawrence J. Wenzel developed and issued his "Hazard and Fire Protection Review" of the N.P.C. project dated August 23, 2006. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

10. On September 11, 2006, a second meeting was held at N.P.C. to review and discuss Mr. Wenzel's review. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

11. At this meeting N.P.C.'s architect Dana M. Newbrook, who was also a member of the Fire Safety Code Board of Appeal and Review, clearly recognized Defendant Burlingame as a fellow fire board member. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

12. At some point, N.P.C. alleged a conflict of interest by W. Keith Burlingame. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

13. In response to this allegation, W. Keith Burlingame and Fire Board Executive Director Thomas B. Coffey, Jr. met with Rhode Island Ethics Commission Legal Counsel Jason Grammitt on October 26, 2006. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

14. Jason Grammitt informally opined that W. Keith Burlingame had no statutory or regulatory requirement to disclose his membership on the Fire Board when there was no matter before said Board. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

15. On or about October 26, 2006, N.P.C. filed an appeal with the Fire Safety Code Board of Appeal and Review. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

16. When the matter came before the Board on October 31, 2006, Vice Chairman W. Keith Burlingame recused himself from consideration of the matter. (See Affidavit of W. Keith Burlingame Exhibit A hereto attached)

17. On or about November 3, 2006, the Fire Safety Code Board of Appeal and Review issued a Decision favorable to N.P.C. (See Second Amended Complaint, Paragraph 186)

DEFENDANT,
W. Keith Burlingame

By His Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on this 25th day of July, 2007, that it is available for viewing and downloading from the ECF system and that counsel of record listed below will receive notice via the ECF system:

- **Vicki J. Bejma**
  vbejma@smrobinsonlaw.com

- **Timothy John Chapman**
  tchapman@cityofeastprov.com chapman@eplaw.necoxmail.com; bsousa@cityofeastprov.com; rlefebvre@cityofeastprov.com

- **Marc DeSisto**
  marc@desistolaw.com; mary@desistolaw.com;laura@desistolaw.com

- **Michael A. DeSisto**
  michael@desistolaw.com; mary@desistolaw.com; laura@desistolaw.com

- **Stephen M. Robinson**
  srobinson@smrobinsonlaw.com

*/s/Richard B. Woolley*