**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NARRAGANSETT PELLET CORP.** | : | |
| **VS.** | : | **C.A. No. 06-464 ML** |
| **CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal; W. KEITH BURLINGAME, individually; CURTIS R. WISE, individually and in his capacity Captain, East Providence Fire Marshal, East Providence Fire Marshall and Deputy State Fire Marshal; ROBERT POWERS, individually and in his capacity as Fire Alarm Inspector, City of East Providence** | : | |

**OBJECTION**

Now comes counsel for Defendant W. Keith Burlingame and hereby objects to Plaintiff's FRCP 56 (f) Motion for Continuance and Discovery as untimely and unnecessary for the Court's disposition of the pending Summary Judgment Motion.

DEFENDANT
W. KEITH BURLINGAME
By His Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/Richard B. Woolley*_____________
Richard B. Woolley, No. 1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
Fax: (401) 222-2995
rwoolley@riag.ri.gov

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 8th day of August, 2007, that it is available for viewing and downloading from the ECF system and that counsel of record listed below will receive notice via the ECF system:

- **Vicki J. Bejma**
  vbejma@smrobinsonlaw.com

- **Timothy John Chapman**
  tchapman@cityofeastprov.com chapman@eplaw.necoxmail.com; bsousa@cityofeastprov.com; rlefebvre@cityofeastprov.com

- **Marc DeSisto**
  marc@desistolaw.com; mary@desistolaw.com;laura@desistolaw.com

- **Michael A. DeSisto**
  michael@desistolaw.com; mary@desistolaw.com; laura@desistolaw.com

- **Stephen M. Robinson**
  srobinson@smrobinsonlaw.com

*/s/Richard B. Woolley*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NARRAGANSETT PELLET CORP.** | : | |
| | : | |
| | : | |
| **VS.** | : | |
| | : | **C.A. No. 06-464 ML** |
| | : | |
| **CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal; W. KEITH BURLINGAME, individually; CURTIS R. WISE, individually and in his capacity Captain, East Providence Fire Marshal, East Providence Fire Marshall and Deputy State Fire Marshal; ROBERT POWERS, individually and in his capacity as Fire Alarm** | : | |

**MEMORANDUM IN SUPPORT OF**
**OBJECTION TO PLAINTIFF'S FRCP 56 (f)**
**MOTION FOR CONTINUANCE AND DISCOVERY**

There is no need for a continuance and discovery. This Court, for purposes of Defendant Burlingame's Motion for Summary Judgment, can presume all allegations Plaintiff makes against Burlingame to be true yet Plaintiff has failed to state a claim against him upon which relief can be granted. Even if Defendant Burlingame did violate the Code of Ethics, this does not give rise to a private cause of action in favor of the Plaintiff. No amount of discovery is going to breathe life into Plaintiff's claims against Defendant Burlingame. Defendant Burlingame incorporates by reference his memorandum in support of his Motion for Summary Judgment as if fully set forth herein in support of his objection to Plaintiff's FRCP 56 (f) Motion.

Defendant further submits that a delay of 13 days from the date the Summary Judgment Motion was filed should be considered untimely. The Motion was filed on

July 24, 2007 and Plaintiffs waited 13 days until August 7th to file for a continuance.

Resolution Trust Corp. v. North Bridge Associates, 22 F.3d 1198 (Mass. 1994).

Respectfully Submitted,
DEFENDANT
W. KEITH BURLINGAME
By His Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/Richard B. Woolley*_____________
Richard B. Woolley, No. 1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
Fax: (401) 222-2995
rwoolley@riag.ri.gov

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on this 8th day of August, 2007, that it is available for viewing and downloading from the ECF system and that counsel of record listed below will receive notice via the ECF system:

- **Vicki J. Bejma**
  vbejma@smrobinsonlaw.com

- **Timothy John Chapman**
  tchapman@cityofeastprov.com chapman@eplaw.necoxmail.com; bsousa@cityofeastprov.com; rlefebvre@cityofeastprov.com

- **Marc DeSisto**
  marc@desistolaw.com; mary@desistolaw.com;laura@desistolaw.com

- **Michael A. DeSisto**
  michael@desistolaw.com; mary@desistolaw.com; laura@desistolaw.com

- **Stephen M. Robinson**
  srobinson@smrobinsonlaw.com

*/s/Richard B. Woolley*