UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NARRAGANSETT PELLET CORP.

v. C.A. 06-464 ML

CITY OF EAST PROVIDENCE, et al.

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for continuance and discovery pursuant to F. R. Civ. P. 56(f). (docket #51) For the reasons set forth in Defendant Burlingame's opposition, the motion is DENIED.

Plaintiff shall file its response to Defendant Burlingame's Motion for Summary Judgment on or before August 31, 2007.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 10, 2007