**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**NARRAGANSETT PELLET CORP.**

**VS.** **C.A. No. 06-464**

**CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal; GEORGE S. FARRELL, in his Capacity as State Fire Marshal; and RENE R. COUTU, W. KEITH BURLINGAME, MARK J. BLACKBURN, MARION C. FILIPPI, DANA NEWBROOK, RICHARD O'CONNELL, STEWART D. PEARSON, GORDON PREISS, and HENRY RICHARD, JR., in their capacities as members of the FIRE SAFETY CODE BOARD OF APPEAL AND REVIEW; and THOMAS B. COFFEY, Jr., in his capacity as Executive Director of the Fire Safety Code Board of Appeal and Review**

**AFFIDAVIT OF WILLIAM CARDEN**

I, William Carden, under the pains and penalties of perjury, depose and say as follows:

1. I am the President for Narragansett Pellet, and have been so since the establishment of said corporation in early 2006.

2. Since the establishment of Narragansett Pellet, I have participated in discussions with officials of the City of East Providence regarding fire code compliance issues.

3. On or about August 8, 2007, Defendant Rave, then the Fire Marshal for the City of East Providence, notified Narragansett Pellet that he would be arranging for a third-party review of Narragansett Pellet's plant regarding fire code compliance.

4. At no time was I aware that Defendant Powers was involved in the selection and/or

contacting of Hughes Associates, Inc., to perform said third-party review.

5. To the best of my knowledge and observation, Defendant Burlingame had actively and extensively participated in the third-party review, although he was not specifically referenced on later invoices. (See Exhibit A, attached.)

6. At no time was I aware that Defendant Burlingame had consulted with the Ethics Commission attorneys regarding any obligation to reveal his membership on the Fire Safety Code Board of Appeal and Review.

7. I was in attendance at the meeting of August 17, 2006 with Hughes Associates, which was selected by the City of East Providence Fire Department to perform the third-party review. Mr. Burlingame was present during that meeting.

8. At no time during the meeting of August 17, 2006 did W. Keith Burlingame identify himself as a member of the State Fire Board.

9. I was in attendance at the September 11, 2006 meeting with Hughes Associates to discuss the third-party review. Mr. Burlingame was also present during that meeting. (See Exhibit B.)

10. At no time during the meeting of September 11, 2006 did Mr. Newbrook recognize Mr. Burlingame as a member of the State Fire Board, nor did Mr. Burlingame in any way indicate that he was a member of the State Fire Board.

11. At no other time did Mr. Burlingame reveal to me that he was a member of the State Fire Board. I did not become aware of that until roughly mid-October, 2006, about the time that Narragansett Pellet was to appear before the State Fire Board.

SIGNED OF MY OWN FREE WILL UNDER THE PAINS AND PENALTIES OF PERJURY

THIS 31 DAY OF AUGUST AT
Rumford, R.I.

William Carden

HUGHES ASSOCIATES, INC.
FIRE SCIENCE & ENGINEERING

3610 Commerce Drive, Suite 817, Baltimore, MD 21227-1652 USA
Phone 410-737-8677 ▪ FAX 410-737-8688 ▪ www.haifire.com

September 25, 2006

Attn.: Williams Carden
New England Wood Pellets
275 Ferris Avenue
P.O. Box 1608
Rumford, RI 02916

**HAI Reference No.:** **7321 – New England Wood Pellets**

**INVOICE NO 7321-01**

For fire protection engineering consulting services rendered July 29, 2006 through August 25, 2006:

| | | | |
|---|---|---|---|
| **Labor:** | | | |
| Sr. Engineer, L. Wenzel | 23.0 hours @ $160.00/hour | | $ 3,680.00 |
| Fire Protection Engineer | 9.0 hours @ $125.00/hour | | 1,125.00 |
| | Total Labor | | $ 4,805.00 |
| **Expenses:** | | | |
| Travel | L. Wenzel | 8/16-8/17/06 | 81.04 |

**TOTAL DUE THIS INVOICE** **$ 4,886.04**

| | | |
|---|---|---|
| Please make check payable to: | Hughes Associates, Inc.<br>3610 Commerce Drive, Suite 817<br>Baltimore, Maryland 21227-1652 | FEIN: 52-1199515 |

Thank you.

**EXHIBIT A**

HUGHES ASSOCIATES, INC.
FIRE SCIENCE & ENGINEERING
3610 Commerce Drive, Suite 817, Baltimore, MD 21227-1652 USA
Phone 410-737-8677 ▪ FAX 410-737-8688 ▪ www.haifire.com

September 25, 2006

Attn.: Williams Carden
New England Wood Pellets
275 Ferris Avenue
P.O. Box 1608
Rumford, RI 02916

**HAI Reference No.:** **7321 – New England Wood Pellets**

**INVOICE NO 7321-01 Revised**

For fire protection engineering consulting services rendered July 29, 2006 through August 25, 2006:

| | | | |
|---|---|---|---|
| **Labor:** | | | |
| Sr. Engineer, L. Wenzel | 23.0 hours @ $160.00/hour | | $ 3,680.00 |
| Sr. Fire Protection Consultant**** | 9.0 hours @ $125.00/hour | | 1,125.00 |
| | Total Labor | | $ 4,805.00 |
| **Expenses:** | | | |
| Travel | L. Wenzel | 8/16-8/17/06 | 81.04 |

**TOTAL DUE THIS INVOICE** **$ 4,886.04**

Please make check payable to: Hughes Associates, Inc.
3610 Commerce Drive, Suite 817
Baltimore, Maryland 21227-1652

FEIN: 52-1199515

Thank you.

**** Accounting error made in Sr. Fire Protection Consultant designation.

HUGHES ASSOCIATES, INC.
FIRE SCIENCE & ENGINEERING
3610 Commerce Drive, Suite 817, Baltimore, MD 21227-1652 USA
Phone 410-737-8677 ■ FAX 410-737-8688 ■ www.haifire.com

October 23, 2006

Attn.: Williams Carden
New England Wood Pellets
275 Ferris Avenue
P.O. Box 1608
Rumford, RI 02916

**HAI Reference No.:** **7321 – New England Wood Pellets**

**INVOICE NO 7321-02**

For fire protection engineering consulting services rendered August 26, 2006 through September 29, 2006:

| | | | |
|---|---|---|---|
| **Labor:** | | | |
| Sr. Engineer, L. Wenzel | 26.0 hours @ $160.00/hour | | $ 4,160.00 |
| Sr. Engineer, J. Moore | 1.0 hour @ $160.00/hour | | 160.00 |
| Sr. Fire Protection Consultant | 38.0 hours @ $125.00/hour | | 4,750.00 |
| | Total Labor | | $ 9,070.00 |
| **Expenses:** | | | |
| Travel | L. Wenzel | 9/8/06 | 62.07 |
| | | 9/11/06 | 55.18 |
| Plus 10% | | | 11.73 |

**TOTAL DUE THIS INVOICE** **$ 9,198.98**

Please make check payable to: Hughes Associates, Inc.
3610 Commerce Drive, Suite 817
Baltimore, Maryland 21227-1652

FEIN: 52-1199515

Thank you.

9/11/06

| | |
|---|---|
| Larry Wenzel | HAI |
| Tim Hawthorne | SFMO |
| Lt. Steven G. Mastriano | EPFD |
| Joseph Kluczni'k | Chief, EPFD |
| Robert Powers | EPFD |
| David Rane | EPFD Fire Marshal |
| Allison Mayer | ai designs |
| Dana Newbrook | ai designs |
| [illegible] | NPC |
| Keith Burlingame | Hughes Associates |
| Steve Cunha | FSSG |
| Ed Flynn | FSSG |
| Lee Blais | Blais Parent Quinn |
| Ed Carreau | [illegible] |
| Donna Harper | NPC |
| Andrew F Nyman | Ferris Avenue Realty |
| Karl A. Bussex | KAB Enterprises |

@ 1:00

- Karl
- Kevin
+ Rick

**EXHIBIT B**