**NARRAGANSETT PELLET CORP.** :

**VS.** : **C.A. No. 06-464**

**CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal; GEORGE S. FARRELL, in his Capacity as State Fire Marshal; and RENE R. COUTU, W. KEITH BURLINGAME, MARK J. BLACKBURN, MARION C. FILIPPI, DANA NEWBROOK, RICHARD O'CONNELL, STEWART D. PEARSON, GORDON PREISS, and HENRY RICHARD, JR., in their capacities as members of the FIRE SAFETY CODE BOARD OF APPEAL AND REVIEW; and THOMAS B. COFFEY, Jr., in his capacity as Executive Director of the Fire Safety Code Board of Appeal and Review** :

**AFFIDAVIT OF DONNA CARDEN-HARKER**

I, Donna Carden-Harker, under the pains and penalties of perjury, depose and say as follows:

1. I am the Office Manager for Narragansett Pellet.

2. On or about August 8, 2006, I spoke to Captain David Rave by telephone. At that time, he indicated that he would be having a third-party review performed.

3. I was in attendance at the September 11, 2006 meeting with Hughes Associates to discuss the third-party review. Mr. Burlingame was also present during that meeting. (See Exhibit A.)

4. At no time during the meeting of September 11, 2006 did Mr. Newbrook recognize

indicate that he was a member of the State Fire Board.

5. At no other time did Mr. Burlingame reveal to me that he was a member of the State Fire Board. I did not become aware of that until roughly mid-October, 2006, about the time that Narragansett Pellet was to appear before the State Fire Board.

SIGNED OF MY OWN FREE WILL UNDER THE PAINS AND PENALTIES OF PERJURY

THIS 30th DAY OF August, 2007 AT

275 Ferris Ave, Rumford RI

Donna Carden-Harker

Donna Carden-Harker

| | |
|---|---|
| Larry Wenzel | HAI |
| Tim Hawthorne | SFMO |
| Lt. Steven A. Mastriano | EPFD |
| Joseph Kluczník | Chief, EPFD |
| Robert Powers | EPFD |
| David Lane | EPFD Fire Marshal |
| Allison Mayer | ai designs |
| Dana Newbrook | ai designs |
| [illegible] | NPC |
| Keith Burlingame | Hughes Associates |
| Steve Cunha | FSSG |
| Ed Flynn | FSSG |
| Lee Blau | Blau Pacal Group |
| [illegible] | [illegible] |
| Donna Harper | NPC |
| Andrew Nyman | Ferris Avenue Realty |
| Karl A. Bassett | KAB Enterprises |

@ 1:00

- Karl
- Kevin
+ Rick

EXHIBIT A