**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NARRAGANSETT PELLET CORP.** | : | |
| **VS.** | : | **C.A. No. 06-464** |
| **CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Captain, East Providence Fire Department, East Providence Fire Marshal and Deputy State Fire Marshal; W. KEITH BURLINGAME, individually; CURTIS R. WISE, individually and in his capacity as Captain, East Providence Fire Marshal, East Providence Fire Marshal and Deputy State Fire Marshal; ROBERT POWERS, individually and in his capacity as Fire Alarm Inspector, City of East Providence** | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANT BURLINGAME'S STATEMENT OF UNDISPUTED FACTS**

1. Admitted.

2. Admitted insofar as it is alleged that Burlingame was employed by Hughes Associates during the period of time in which the third-party review of Plaintiff's premises was performed by Hughes Associates.

3. Admitted insofar as it is alleged that Hughes Associates was asked to perform the third-party review. Denied insofar as it is alleged that Robert J. Powers selected the reviewer. (See Affidavit of Donna Carden-Harker, ¶ 2.)

4. Admitted insofar as it is alleged that Lawrence Wenzel worked on the third-party review. Denied insofar as it is alleged that Burlingame's involvement was limited. (See Affidavit of William Carden, ¶ 5.)

5. Denied. (See Affidavit of William Carden, ¶ 5. See also Exhibit B, Affidavit of William Carden.)

6. Admitted.

7. Denied. (See Affidavit of William Carden, ¶ 7-8.)

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted insofar as it is alleged that Dana Newbrook was present at the September 11, 2006 meeting. The remaining allegations are denied. (See Affidavit of William Carden, ¶ 9-11; Affidavit of Donna Carden, ¶ 3-5.)

12. Admitted.

13. Plaintiff is without sufficient information to admit or deny the allegations contained in Paragraph 13.

14. Plaintiff is without sufficient information to admit or deny the allegations contained in Paragraph 14.

15. Admitted.

16. Admitted.

17. Admitted.

Narragansett Pellet Corp.
By its attorneys,

/s/ Stephen M. Robinson
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
August 31, 2007

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
August 31, 2007

**CERTIFICATION**

I, the undersigned, hereby certify that on August 31, 2007 I sent a true copy of the within by electronic service and/or fax and mail to all of the parties below:

Timothy Chapman, Esq.
Office of the City Solicitor
City Hall
145 Taunton Avenue
East Providence, RI 02914

James Lee, Esq.
Department of the Attorney General
150 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
2 Angell Street
P.O. Box 2563
Providence, RI 02906

/s/ Vicki J. Bejma