**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NARRAGANSETT PELLET CORP.** | : | |
| **VS.** | : | **C.A. No. 06-464 ML** |
| **CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal; W. KEITH BURLINGAME, individually; CURTIS R. WISE, individually and in his capacity Captain, East Providence Fire Marshal, East Providence Fire Marshall and Deputy State Fire Marshal; ROBERT POWERS, individually and in his capacity as Fire Alarm Inspector, City of East Providence** | : | |

**DEFENDANT W. KEITH BURLINGAME'S**
**MOTION FOR ENTRY OF FINAL JUDGMENT**
**PURSUANT TO FRCP 54(b)**

Now comes Defendant W. Keith Burlingame, pursuant to FRCP 54(b) and hereby moves this Court to expressly determine that there is no just reason for delay of entry of final judgment in his favor as to Count IX of Plaintiff's Complaint, as against him, in accord with this Court's grant of Summary Judgment on September 25, 2007. Defendant Burlingame further moves this Court to expressly direct that such final Judgment be entered in his favor pursuant to FRCP 54(b).

DEFENDANT
W. KEITH BURLINGAME
By His Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/Richard B. Woolley*_____________

Richard B. Woolley, No. 1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
Fax: (401) 222-2995
rwoolley@riag.ri.gov

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 11th day of October, 2007, that it is available for viewing and downloading from the ECF system and that counsel of record listed below will receive notice via the ECF system:

- **Vicki J. Bejma**
  vbejma@smrobinsonlaw.com

- **Timothy John Chapman**
  tchapman@cityofeastprov.com chapman@eplaw.necoxmail.com; bsousa@cityofeastprov.com; rlefebvre@cityofeastprov.com

- **Marc DeSisto**
  marc@desistolaw.com; mary@desistolaw.com;laura@desistolaw.com

- **Michael A. DeSisto**
  michael@desistolaw.com; mary@desistolaw.com; laura@desistolaw.com

- **Stephen M. Robinson**
  srobinson@smrobinsonlaw.com

*/s/Richard B. Woolley*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NARRAGANSETT PELLET CORP.** | : | |
| **VS.** | : | **C.A. No. 06-464 ML** |
| **CITY OF EAST PROVIDENCE, through its Treasurer, KEVIN FITZGERALD; ALBERT QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence; JOSEPH J. KLUCZNIK, individually and in his capacity as Fire Chief of the City of East Providence, and DAVID RAVE, individually and in his capacities as Fire Captain and Deputy State Fire Marshal; W. KEITH BURLINGAME, individually; CURTIS R. WISE, individually and in his capacity Captain, East Providence Fire Marshal, East Providence Fire Marshall and Deputy State Fire Marshal; ROBERT POWERS, individually and in his capacity as Fire Alarm** | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT W. KEITH BURLINGAME'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FRCP 54(b)**

Federal Rule of Civil Procedure 54(b) in pertinent part provides as follows:

> **(b) Judgment Upon Multiple Claims or Involving Multiple Parties.** When more than one claim for relief is presented in an action, whether as a claim, counterclaim, cross-claim, or third-party claim, or when multiple parties are involved, the court may direct the **entry** of a final judgment as to one or more but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay and upon an express direction for the **entry** of judgment.
>
> **Rule 54(b)** underscores the "long-settled policy against piecemeal disposition of litigation," *Bank of New York v. Hoyt*, 108 F.R.D. 184, 187 (D.R.I. 1985), and provides an exception to the principle that "an appeal must await the **entry** of a final judgment … that fully disposes of all claims asserted in the action." *Quinn v. City of Boston*, 325 F.3d 18, 256 (1st Cir. 2003).
>
> [3] **Rule 54(b)** "is designed to be used where the problem and circumstances are of an 'exceptional nature,' … in order to avoid some perceptible 'danger of hardship or injustice though delay which would be alleviated by immediate appeal.'" *Bank of New*

> *York*, 108 F.R.D. at 187 (citations omitted). Moreover, "[i]t has been widely recognized that orders under Fed. R. Civ. P. 54(b) 'should not be entered routinely or as a courtesy or accommodation to counsel.'" *Bank of New York*, 108 F.R.D. at 187 (citing *Panichella v. Pa. R.R. Co.*, 252 F.2d 452, 455 (3d Cir. 1958); *see also Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 10, 100 S.Ct. 1460, 64 L.Ed.2d 1 (1980)) ("Plainly, sound judicial administration does not require that Rule 54(b) requests be granted routinely."). Rather, Rule 54(b) "should be used only 'in the infrequent harsh case.'" *Panichella*, 252 F.2d at 455.
>
> *Walden v. City of Providence*, 450 F.Supp.2d 172 (D.R.I. 2006).

On September 25, 2007 this Court granted Defendant W. Keith Burlingame's Motion for Summary Judgment and dismissed Plaintiff's only claim against him as set forth in Count IX of the Second Amended Complaint.

Plaintiff's Second Amended Complaint has two hundred twenty-two (222) paragraphs of allegations spread over 34 pages. Also included are Exhibits A through S.

There are only six (6) places within this massive diatribe against East Providence where W. Keith Burlingame is mentioned and only one claim for civil conspiracy is asserted against him.

Plaintiff's real beef is against the City of East Providence and not Burlingame. This Court granted Summary Judgment in favor of the City on all but Plaintiff's State Law Claims (which don't involve Burlingame). Plaintiff has recently refiled a complaint in the Superior Court of Rhode Island asserting these State Law Claims seeking to compel the City of East Providence to, among other things, grant it a certificate of occupancy. W. Keith Burlingame is not a party in this new action.

Plaintiff's focus and efforts to obtain relief have shifted to State Court.

Counsel for Defendant W. Keith Burlingame respectfully submits that it would be both a hardship and an injustice to delay Defendant Burlingame's opportunity to have

final judgment in his favor entered in this case where he never should have been a defendant in the first place. Now that Plaintiff has chosen to again seek relief in State Court against others, Defendant Burlingame should not be required to await the results of the State Court proceedings before final disposition of the case against him in Federal Court.

Comite Pro Rescate DeSalud v. Puerto Rico, 888 F.2d 180 (CA 1 1989).

Wherefore, Defendant Burlingame respectfully moves this Court to make an express determination that there is no just reason to delay entry of final judgment in favor of W. Keith Burlingame in this multi-claim, multi-party case and further to expressly direct that final judgment in favor of Burlingame be entered pursuant to FRCP 54(b) in this matter.

Respectfully Submitted,
DEFENDANT
W. KEITH BURLINGAME
By His Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/Richard B. Woolley*____________
Richard B. Woolley, No. 1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
Fax: (401) 222-2995
rwoolley@riag.ri.gov

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 11th day of October, 2007, that it is available for viewing and downloading from the ECF system and that counsel of record listed below will receive notice via the ECF system:

- **Vicki J. Bejma**
  vbejma@smrobinsonlaw.com

- **Timothy John Chapman**
  tchapman@cityofeastprov.com chapman@eplaw.necoxmail.com; bsousa@cityofeastprov.com; rlefebvre@cityofeastprov.com

- **Marc DeSisto**
  marc@desistolaw.com; mary@desistolaw.com;laura@desistolaw.com

- **Michael A. DeSisto**
  michael@desistolaw.com; mary@desistolaw.com; laura@desistolaw.com

- **Stephen M. Robinson**
  srobinson@smrobinsonlaw.com

*/s/Richard B. Woolley*