UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NARRAGANSETT PELLET CORP.

v. CA 06-464 ML

CITY OF EAST PROVIDENCE, et al.

## ORDER

This matter came before the Court for a conference with counsel. After consideration of the current status of this case, as well as the companion matter pending in the Rhode Island Superior Court, this Court makes the following order:

1. Judgment may enter in favor of the respective defendants on those claims which this Court has granted summary judgment.

2. All remaining state law claims are dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
October 24, 2007