UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**NARRAGANSETT PELLETT CORP.**

**VS.** **C.A. NO. 06-464ML**

**CITY OF EAST PROVIDENCE, by and through its Treasurer Kevin J. Fitzgerald, ALFRED QUATTRUCCI, individually and in his capacity as Building Official of the City of East Providence, JOSEPH J. KLUCNIK, individually and in his official capacity as Fire Chief of the City of East Providence, DAVID RAVE, Individually and In his capacities as Fire Captain and Deputy State Fire Marshal, W. KEITH BURLINGAME, Individually, ROBERT POWERS, individually and in his capacity as Fire Alarm Inspector, City of East Providence, and CURTIS R. WISE, Individually and in his capacity as Captain, East Providence Fire Marshal and Deputy State Fire Marshall**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, City of East Providence, Alfred Quattrucci, Joseph J. Klucknik, David Rave, Robert Powers and Curtis Wise pursuant to the Memorandum and Order dated September 25, 2007 granting defendants' Motion for Summary Judgment as to Counts I, II and III, VIII and IX as to the respective defendants.**

**Judgment shall enter for W. Keith Burlington pursuant to the Memorandum and Order dated September 25, 2007 granting his Motion for Summary Judgment as to Count IX.**

**All remaining state law claims are dismissed without prejudice pursuant to the Order dated October 24, 2007.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: October 24, 2007